**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Jane Doe (YA), an individual | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 1:23-cv-00469 |
| | Related Case:  1:23-cv-00269 |
| G6 HOSPITALITY, LLC, | |
| G6 HOSPITALITY IP, LLC, | |
| G6 HOSPITALITY PROPERTY, LLC, | |
| G6 HOSPITALITY PURCHASING, LLC, | |
| G6 HOSPITALITY FRANCHISING, LLC, | |
| MOTEL 6 OPERATING, L.P., | |
| JOHN DOE I and JOHN DOE II | |
| *Defendants.* | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW Plaintiff Jane Doe (YA), by and through the undersigned counsel, and respectfully submits her original complaint for damages and makes the following averments.

## SUMMARY

1.      Jane Doe (YA) files this civil lawsuit seeking compensation for the harm she suffered as a result of the sex trafficking she endured in a hotel owned, operated, maintained, and controlled by Defendants and their agents and employees.

2.      Sex trafficking is the recruitment, harboring, transportation, provision, obtaining, patronizing, or soliciting of a person for the purpose of causing the person to engage in a commercial sex act either (1) before the person turns 18 years old; or (2) through force, fraud, or coercion.[1]

3.      Commercial sex act means any sex act, on account of which anything of value is

---

[1] 18 U.S.C. §1591; 22 U.S.C. § 7102.

given to or received by any person.[2] Traffickers or 'pimps' use threats, violence, manipulation, lies, debt, bondage, and other forms of coercion to compel adults and children to engage in commercial sex acts against their will.

4.    Sex trafficking has become a public health crisis that has reached epidemic proportions in the United States. It is now widely recognized, including by Congress and many state legislatures, that combating sex trafficking requires more than just criminal penalties for pimps and sex buyers.

5.    Since 2003, federal law, through the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §1581, et seq, has provided victims of sex trafficking a civil remedy against perpetrators of criminal sex trafficking.

6.    In 2008, Congress recognized the need to extend liability beyond sex buyers and sellers and intentionally expanded the scope of the TVPRA to reach those who—while not criminally liable under the TVPRA—financially benefit from participation in a venture that they know or should know engages in criminal sex trafficking.

7.    As discussed herein, Defendants derived financial benefit from facilitating sex trafficking by providing venues where traffickers could exploit victims, including victims like Jane Doe (YA), with minimal risk of detection or interruption.

8.    Defendants continued supporting traffickers, including Jane Doe (YA)'s trafficker, despite evident and apparent signs of widespread and ongoing sex trafficking at its hotels and specifically at the Motel 6 located at 2424 Hotel Circle North, San Diego, CA 92108, the Motel 6 located at 745 E Street, Chula Vista, CA 91910, and the Motel 6 located at 901 N Coast Hwy, Oceanside, CA 92054. Defendants were, therefore, knowingly receiving a benefit from

---

[2]
18 U.S.C. §1591(e)(3).

participation in a venture that Defendants knew or should have known was engaged in sex trafficking.

## PARTIES

9.      Jane Doe (YA) is a natural person who is currently a resident and citizen of California.

10.      Defendant G6 Hospitality LLC is a for-profit Delaware company with its principal place of business in Carrolton, Texas. It may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

11.      Defendant G6 Hospitality IP, LLC is a for-profit Delaware company with its principal place of business in Carrolton, Texas. It may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

12.      Defendant G6 Hospitality Property, LLC is a for-profit Delaware company with its principal place of business in Carrolton, Texas. It may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

13.      Defendant G6 Hospitality Purchasing, LLC is a for-profit Delaware company with its principal place of business in Carrolton, Texas. It may be served through its registered agent: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

14.      Defendant G6 Hospitality Franchising, LLC is a for-profit Delaware company with its principal place of business in Carrolton, Texas. It may be served through its registered agent:

Cogency Global Inc., 1601 Elm Street Suite 400, Dallas, TX 75201.

15.     Defendant Motel 6 Operating, LP is a for-profit Delaware company with its principal place of business in Carrolton, Texas. It may be served through its registered agent: Cogency Global Inc., 1601 Elm Street Suite 400, Dallas, TX 75201.

16.     Defendants G6 Hospitality LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, G6 Hospitality Franchising, LLC, and Motel 6 Operating, LP will collectively be referred to as "G6", "G6 Defendants" or "Franchisor Defendants." Upon information and belief, they operated, controlled, and/or managed the Motel 6 located at 2424 Hotel Circle North, San Diego, CA 92108, the Motel 6 located at 745 E Street, Chula Vista, CA 91910, and the Motel 6 located at 901 N Coast Hwy, Oceanside, CA 92054 for the entire trafficking period.

17.     Defendant JOHN DOE I is at this time of unknown citizenship.  Upon information and belief, JOHN DOE I was a Franchisee of the G6 Defendants and along with G6 owned, operated, controlled, and/or managed the Motel 6 located at 901 N Coast Hwy, Oceanside, CA 92054.

18.     Defendant JOHN DOE II is at this time of unknown citizenship.  Upon information and belief JOHN DOE II was a Franchisee of the G6 Defendants and along with G6 owned, operated, controlled, and/or managed the Motel 6 located at 901 N Coast Hwy, Oceanside, CA 92054.

## JURISDICTION AND VENUE

19.     This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the TVPRA.

20.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because all

Defendants are residents of the State of Texas and the G6 Defendants are residents of the Eastern District of Texas.

21.     G6 Hospitality LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, G6 Hospitality Franchising, LLC, and Motel 6 Operating, LP have the same principal place of business, which is in Carrolton, Texas, within the Eastern District of Texas. Therefore, each is a resident of the Eastern District of Texas for the purpose of § 1391(b)(1).

22.     Under 28 U.S.C. §§ 1391(c)(2), the Franchisee is a resident of Texas for the purpose of § 1391(b)(1) because the Court has personal jurisdiction over Franchisee.

23.     Under 28 U.S.C. §§ 1391(d), the Franchisee is a resident of Texas for the purpose of § 1391(b)(1) because if the Eastern District of Texas were a separate state, Franchisee's contacts with the district would be sufficient to subject it to personal jurisdiction.

24.     Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of Texas.

25.     Each of the G6 Defendants participated in a joint venture operating the subject Motel 6s from a central location at the G6 corporate offices in Carrolton, Texas, within the Eastern District of Texas. On information and belief:

   a.  The relationship between the G6 Defendants was centered at the G6 corporate offices in the Eastern District of Texas.

   b.  The G6 Defendants signed agreements with one another related to the subject Motel 6s from G6 corporate offices in the Eastern District of Texas.

   c.  The G6 Defendants exercised joint control over operations of the subject Motel 6s from a central location at G6 corporate offices in the Eastern District of Texas.

   d.  The G6 Defendants distributed revenue earned from the subject Motel 6s among themselves from G6 corporate offices in the Eastern District of Texas.

e. The G6 Defendants developed policies for the subject Motel 6s from G6 corporate offices in the Eastern District of Texas.

f. The G6 Defendants communicated with one another regarding operation of the subject Motel 6s from G6 corporate offices in the Eastern District of Texas.

26.     Plaintiff's claims against the Franchisee arise out of Franchisee's contacts with Texas through Franchisee's relationship with the G6 Defendants, which have their principal place of business in the Eastern District of Texas. Franchisee's participation in a venture with the G6 Defendants operating the subject motels occurred, in substantial part, in Texas because:

a. Upon information and belief, the Franchisee actively sought out a franchising relationship by contacting the G6 Defendants in Texas.

b. Franchisee acknowledged that the negotiation, execution, and acceptance of the franchising agreement occurred in the Eastern District of Texas.

c. Franchisee agreed that its ongoing performance of the franchising agreement would take place, in part, in the Eastern District of Texas.

d. The franchising agreement had a choice of law provision selecting the law of Texas as the governing law.

e. The franchising agreement required Franchisee to report information to the G6 Defendants in Texas, including information about all incidents involving safety, security, public relations, or serious injury to persons or property that occur at, or involve, the subject motels, including those involving sex trafficking victims like Jane Doe (YA).

f. The Franchisee agreed to submit all notices required under the franchising agreement to the G6 Defendants in the Eastern District of Texas.

g. The Franchisee was required to attend training and meetings in Texas.

h. The G6 Defendants dictated policies related to safety, security, human trafficking, employee training and response as well as other subjects from their principal place of business in the Eastern District of Texas.

i. The Franchisee had an ongoing obligation to participate in centralized programs operated by the G6 Defendants from their principal place of business in the Eastern District of Texas.

j. The Franchisee was required to purchase insurance on behalf of one or more Texas

entities (the G6 Defendants).

k.  Upon information and belief, reservation information for rooms at the subject motels passed through a system operated and managed by G6 from its principal place of business in Texas.

l.  Upon information and belief, payment information for rooms at the subject motels passed through a system operated and managed by the Franchisor in Texas.

m.  The benefit that the Franchisee received from room rentals was governed by the Texas franchising agreement.

n.  The Franchisee agreed to make all payments due under the franchising agreement at the G6 principal place of business in the Eastern District of Texas.

o.  The Franchisee's operation of the subject motels was controlled and/or influenced by many policies set and enforced by the G6 Defendants from their principal place of business in Carrollton, Texas.

p.  The Franchisee signed a software licensing agreement with the G6 Defendants for the property management software the G6 Defendants required Franchisee to use when operating the motel, including, but not limited to, when booking rooms at the hotel and processing payment for those rooms. The Franchisee agreed to file any lawsuit arising from the licensing agreement in the Eastern District of Texas and waived personal jurisdiction and venue objections.

## FACTS

**I.    Jane Doe (YA) was a Victim of Unlawful Sex Trafficking at Hotels Owned, Operated, Managed, and or Controlled by Defendants.**

27.    Jane Doe (YA)'s trafficking at the subject Motel 6s began in 2010.  Her trafficker controlled her through physical violence, forced her to engage in commercial sex acts for his financial benefit. Her trafficker posted ads on her behalf. When Jane Doe (YA)'s trafficker was dissatisfied with her, he would beat her physically. If he was unable to beat her himself, he would have the other girls beat. On several occasions, Jane Doe (YA)'s trafficker kidnapped and held her child from her until she complied with his trafficking orders that were for his benefit. He did not allow her to keep any of the money she made.

28.    Between approximately 01/01/2010 and 12/31/2013, Jane Doe (YA) was trafficked

at the Motel 6 located at 2424 Hotel Circle North, San Diego, CA 92108.

29.    Between approximately 01/01/2010 and 12/31/2013, Jane Doe (YA) was trafficked at the Motel 6 located at 901 N Coast Hwy, Oceanside, CA 92054.

30.    Between approximately 01/01/2010 and 12/31/2013, Jane Doe (YA) was trafficked at the Motel 6 located at 745 E Street, Chula Vista, CA 91910.

31.    Jane Doe (YA)'s trafficking had profound effects on her, consistent with "red flags" of trafficking that are well-recognized in the hospitality industry.[3]  These effects were obvious and apparent to the staff and management of the subject Motel 6s including effects on (YA)'s appearance, demeanor, movements throughout the hotel, and her interactions with her trafficker, hotel staff, and others. Observing these effects provided Defendants with notice that (YA) was being continually subjected to coercion, control, and exploitation.

32.    Jane Doe (YA) remained under the continuous control of her trafficker through at least 12/31/2013.

## II.    The Hotel Industry's Role in Sex Trafficking and Defendants' Knowledge of the Problem.

33.    The widely known and pervasive relationship between sex trafficking and the hotel industry necessarily shapes what the Franchisor Defendants and Franchisee Defendant knew or should have known regarding the trafficking at their hotel properties, including the trafficking of Jane Doe (YA).

34.    Today, sex slavery is pervasive in the United States, and hotels are the primary place where it happens.[4]  For years, sex traffickers have been able to reap their profits with little risk

---

[3] See *supra* section II and accompanying footnote for discussion of "red flags" of trafficking.
[4] "This is not only a dominant issue, it's an epidemic issue." *See* Jaclyn Galucci, *Human Trafficking is an Epidemic in the U.S. It's Also Big Business*, Fortune (April 2019), https://fortune.com/2019/04/14/human-sex-trafficking-usslavery/ (citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council). "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

when attempting to operate within hotels.[5]  In 2014, 92% of calls received by the National Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[6]  Hotels have been found to account for over 90% of commercial exploitation of children.[7]

35.    Because of this link between hotels and sex trafficking, government agencies and non-profits have devoted significant efforts to educating the hotel industry, including Defendants, on best practices for identifying and responding to sex trafficking.

36.    Multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, and EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking.[8]

37.    Some of the recommended policies and procedures intended to reduce or eliminate sex trafficking, which Defendants are aware or should be aware of, include learning to identify warning signs and indicators of sex trafficking, including but not limited to:[9]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

---

[5]    *See Human Trafficking in the Hotel Industry*, Polaris Project (Feb. 10, 2016), https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; *see also* Eleanor Goldberg, *You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic*, Huffington Post (June 2016), http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-traffickingvictimslife_us_57714091e4b0f168323a1ed7.

[6] Michele Sarkisian, *Adopting the Code: Human Trafficking and the Hotel Industry*, Cornell Hotel Report (Oct. 2015), https://scholarship.sha.cornell.edu/cgi/viewcontent.cgi?article=1222&context=chrpubs.

[7] *See* Erika R. George and Scarlet R. Smith, *In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery*, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

[8] United States Department of Homeland Security Blue Campaign – One Voice. One Mission. End Human Trafficking, https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf (last visited April 13, 2023); National Center for Missing and Exploited Children, https://www.missingkids.org/theissues/trafficking#riskfactors (last visited April 13, 2023); Love 146, *Red Flags for Hotel & Motel Employees*, https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-ReportingLove146.pdf (last visited April 13, 2023); Texas Attorney General, *Human Trafficking Red Flags*, https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf (last visited April 13, 2023).

[9] *See Id.*

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

38.     The signs of sex trafficking in a hotel environment follow well-established patterns and can easily be detected by appropriately trained staff.

39.     Toolkits specific to the hotel industry have been developed, which help hotel staff in every position identify and respond to signs of sex trafficking.[10]  From check-in to check-out,

---

[10] Department of Homeland Security, *Blue Campaign Toolkit*,
https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf.

there are indicators that traffickers and their victims routinely exhibit during their stay at a hotel.

40.    The relationship between a pimp and a prostitute is inherently coercive, and the United States Department of Justice and other agencies and organizations have recognized that most individuals involved in prostitution are subject to force, fraud, or coercion.[11]  It is also well understood that "prostitution," "sex trafficking," and "child sex trafficking" involve a single common denominator, the exchange of sex for money.

41.    The definition of sex trafficking in the TVPRA under 18 U.S.C. §1591(a)(1) incorporates the definition of commercial sex act. Defendants understood the practical and legal association between commercial sex and sex trafficking in a hotel environment. Thus, Defendants knew or should have known that signs of commercial sex (prostitution) activity in their hotels were in fact signs of sex trafficking.[12]

42.    All Defendants were aware or should have been aware of these signs of sex trafficking when operating, controlling, and managing their hotel properties, when enacting and enforcing policies and procedures applicable to those hotels and when training, educating, and supervising the staff of that hotel.

43.    The most effective weapon against sexual exploitation and human trafficking is education and training.[13]  As ECPAT concluded:

> The hospitality industry is in a unique position to identify and report human trafficking due to its perceived anonymity. Traffickers believe they can go unnoticed while exploiting victims across the globe in hotels— ranging from budget properties to luxury resorts. From check-in to check-out, there are a number of indicators victims and exploiters exhibit during the time they are on a hotel

---

[11] *See, e.g., A National Overview of Prostitution and Sex Trafficking Demand Reduction Efforts, Final Report,* https://www.ojp.gov/pdffiles1/nij/grants/238796.pdf; *Prostitution and Trafficking in Women: An Intimate Relationship,* https://www.ojp.gov/ncjrs/virtual-library/abstracts/prostitution-and-trafficking-women-intimaterelationship.
[12] *Id.*
[13] *Polaris, Recognizing Human Trafficking*, https://polarisproject.org/recognizing-human-trafficking/ (last visited April 13, 2023).

property.[14]

44.    This same conclusion is echoed by others who seek to eliminate sex trafficking in the hospitality industry, including the American Hotel Lodging Association: "Hotel employees who have undergone training are more aware of trafficking when it happens – and are more willing to report it – than those who have not been trained.[15]   In reference to companies like the Defendants, ECPAT observed: "If they do nothing to raise awareness or to prevent child trafficking, they risk becoming an indirect and unintentional conduit for the abuse that takes place."

45.    Given the prevalence of human trafficking in hotels and the abundance of information about how franchisors, owners, operators and hotel employees can identify and respond to this trafficking, it has become apparent that the decision of a hotel chain to continue generating revenue from traffickers without taking reasonable steps to identify and prevent trafficking in its hotels is a conscious decision to financially benefit by supporting and facilitating unlawful sex trafficking.

46.    Each of the Defendants had a responsibility to adopt, implement, and adequately enforce policies to avoid facilitating sex trafficking and to train hotel staff to identify and respond to "red flags" of sex trafficking.

### III.    Sex Trafficking Has Long Been Prevalent at G6 Branded Properties, and Defendants Have Known About It.

47.    Defendants' actual knowledge is *not* limited to a general awareness of the problem of sex trafficking in the hotel industry. Each of the Defendants has known, since well before Jane Doe (YA)'s trafficking, that sex trafficking was ongoing and widespread at Motel 6 branded

---

[14] ECPAT USA, *Training for Hotel Associates*, https://www.ecpatusa.org/hotel-training (last visited April 13, 2023). *See also* Carolin L. et al., *Sex Trafficking in the Tourism Industry*, J. Tourism Hospit. (2015), https://www.longdom.org/open-access/sex-trafficking-in-the-tourism-industry-2167-0269-1000166.pdf
[15] AHLA, *Free Online Training*, https://www.ahla.com/issues/human-trafficking (last visited April 13, 2023).

properties including the subject properties.

48.    G6 branded properties includes the subject Motel 6s.

49.    Use of G6 branded properties for sex trafficking is well known to the G6 Defendants. Motel 6 hotels are one of the five chains most frequently identified as a site of sex trafficking in federal criminal complaints.[16]

50.    A Los Angeles Motel 6 became such a hub for human trafficking and other criminal activity that the G6 Defendants paid to settle a public nuisance lawsuit filed by the City of Los Angeles.[17]  From this lawsuit, G6 Defendants knew staff at its branded properties were facilitating sex trafficking and that it was generating revenue through policies that encouraged sex traffickers to operate at G6 brand properties.

51.    The settlement required the G6 Defendants to change policies that were facilitating sex trafficking.[18]  Based on information and belief, G6 has failed to adequately implement and enforce such changes.

52.    G6 intentionally ensures its hotels are "strategically located . . . close to airports, freeways, and other thoroughfares" making them attractive venues for trafficking and compelled prostitution.[19]

53.    Public statements of the G6 Defendants confirm that they knew that sex trafficking is a problem in the hotel industry and that they retained control over the response of their branded hotels to this problem. The G6 Defendants recognize that "[t]raffickers often use hotels and motels

---

[16] Sarah Meo and Louise Shelley, Sex Trafficking and Hotels: *Why there is a Need for Effective Corporate Social Responsibility* (Nov. 11, 2021), https://www.globalpolicyjournal.com/blog/11/11/2021/sex-trafficking-and-hotels-why-there-need-effective-corporate-social-responsibility.
[17] *Studio 6 pays $250,000 to settle human trafficking suit* (Aug. 31, 2017), https://www.cbsnews.com/news/motel-6-pays-250000-to-settle-human-trafficking-suit/
[18] *Id.*
[19] Studio 6 – An Iconic American Brand, https://g6hospitality.com/our-brands/#about-motel-six (last visited Aug. 10, 2023).

for sex trafficking activities due to the privacy extended to guests."[20]  They also acknowledged the significant role G6 has in the three D's: deterring, detecting, and disrupting sex trafficking in their branded hotels.[21]

54.    Unfortunately for Jane Doe (YA), the promises made by the Franchisor Defendants and Franchisee Defendants have proven empty. Defendants have failed, at all levels, to take appropriate action in response to their knowledge of widespread and ongoing human trafficking in their hotels. Instead, they have continued financially benefiting by providing venues for the sexual exploitation of victims like Jane Doe (YA).

**a. Sex Trafficking at G6 Branded Hotels was well Known by Defendants.**

55.    Upon information and belief, each of the Defendants monitored criminal activity occurring at G6 branded hotels and were aware of activity indicating commercial sex, sex trafficking and/or related crimes occurring at those branded hotels, including the specific hotel properties where Jane Doe (YA) was trafficked.

56.    Scores of news stories from across the US highlight G6's facilitation of sex trafficking and certainly establishes that Defendants knew, or should have known, of the use of G6 branded hotels for sex trafficking.

57.    Information that has become public through news stories establishes the entrenched and pervasive nature of G6's role in providing a venue where sex trafficking has continued unabated for years. Among notable press involving the frequent use of Motel 6 hotels for illegal activity, the following was noted:

---

[20] *G6 HOSPITALITY ANTI-HUMAN TRAFFICKING TRAINING*,
http://g6propertycollateral.com/wpcontent/uploads/2020/02/G6_TheRoomNextDoor_Training_V12b_NoFacilitator.pdf
[21] *Id.*

- In late 2003, a trafficker set up a sex trafficking venture at a Motel 6 in Connecticut in which two (2) young women were sold for sex eight (8) to ten times per day.[22]

- In April 2009, a sex trafficking venture operated out of a Motel 6 in Toledo, Ohio.[23]

- On March 10, 2010 a Louisiana man was charged with transporting girls from Atlanta to Birmingham for prostitution.[24]

- In approximately September 2011, sex traffickers set up an operation at a Motel 6 in Toledo, Ohio to sell fifteen (15) and sixteen (16) year old girls for sex.[25]

- From approximately 2012 through October 2014, two (2) men engaged in a criminal sex trafficking venture of children which operated in part out of a Motel 6 in Harvey, Illinois.[26]

- In January 2012, a couple was charged with prostitution and pimping at a Studio 6 in Roswell, GA.[27]

- Police rescued an eighteen (18) year old girl from a sex trafficker in February 2012, at a Motel 6 in Portland, Oregon.[28]

- In July 2012, a man was accused of trafficking young girls in foster care for sex. The girls often met customers at a Studio 6 in Jacksonville, Florida.[29]

- In August 2012 a person was charged with prostitution at a Studio 6 in Mentor, Ohio.[30]

- In early August 2012 four were indicted in Franklin county's first Atlanta human-trafficking court case.[31]

---

[22] Amy Fine Collins, *Sex Trafficking of Americans*: *The Girls Next Door*, Vanity Fair (May 2011), https://www.vanityfair.com/news/2011/05/human-trafficking-201105.

[23] Five Toledoans Indicted On Sex Trafficking Charges, ABC7Chicago.com (Nov. 7, 2010), https://abc7chicago.com/archive/7771888/.

[24] A Louisnana Man Was Charged with Transporting Girl From Atlanta to Birmingham (Mar. 10, 2010) https://www.al.com/spotnews/2010/03/post_511.html

[25] Mark Reiter, Two Toledoans Accused Of Juvenile Sex Trafficking, The Blade (Jun. 1, 2010), https://www.toledoblade.com/Courts/2012/06/02/2-Toledoans-accused-of-juvenile-sex-trafficking-1.ht

[26] Press Release, U.S. Dept. of Justice, Two Aspiring Rappers Charged With Operating Sex-Trafficking Ring In Chicago And Suburbs (Jan. 15, 2016), https://www.justice.gov/usaondil/file/813771/download.

[27] Couple arrested for pimping, prostitution, Appen Media (Jan. 17, 2012), https://www.appenmedia.com/public_safety/couple-arrested-for-pimping-prostitution/article_473fe798-1b3d-5c6fb230-547e3e5c4651.html.

[28] Press Release, U.S. Dept. of Justice, Tacoma Pimp Sentenced To 25 Years For Sex-Trafficking Two Victims (Nov. 20, 2013), https://www.justice.gov/usao-or/pr/tacoma-pimp-sentenced-25-years-sextrafficking-two-victims.

[29] Feds: *Man recruited foster care girls for prostitution*, News4Jax (July 6, 2012), https://www.news4jax.com/news/2012/07/07/feds-man-recruited-foster-care-girls-for-prostitution/

[30] Mentor Police: Prostitute Ran Massage Parlor at Hotel, Fox8 (Aug. 3, 2012), https://fox8.com/news/mentorpolice-say-prostitute-ran-make-shift-massage-parlor-at-hotel/.

[31] Four Indicted in Franklin County's First Human-Trafficking Court Case, The Columbus Dispatch (Aug. 2, 2012) https://www.dispatch.com/story/news/crime/2012/08/02/four-indicted-in-franklin-county/23982096007/

- In October 2012 Prostitution and violence plague at a Northboro Motel 6.[32]

- The FBI investigated and arrested several individuals in December 2012, for the victimization and human trafficking of several young women and a juvenile at a Motel 6 in Madison, Alabama.[33]

- The Orange County Human Trafficking Task Force busted a criminal enterprise in December 2012 that was selling women for sex out of a Motel 6 in Anaheim, California.[34]

- In approximately March 2013, sex traffickers began operating a sex trafficking venture out of Motel 6 locations in Bangor and Portland, Maine.[35]

- In March 2013, A man was arrested for allegedly promoting prostitution.[36]

- Beginning in approximately May 2013, a fifteen (15) year old runaway was trafficked for sex out of the Motel 6 on Caton Avenue in Baltimore, Maryland.[37]

- In May 2013, A pimp was arrested at a Motel 6 in Rohnert Park, California.[38]

- On August 5, 2013, Police arrest four men patronizing prostitutes at Kirkand's Motel 6 which led to executing a backpage.com search warrant.[39]

- On October 03, 2013, a Columbia man was charged with human sex trafficking.[40]

- In Richmond County, Georgia a man was arrested at a local Motel 6 in October 2013 and charged with sex trafficking of two young women.[41]

---

[32] Prostitution and Violence Plague Nothboro Motel 6, Telegram & Gazette (Oct. 29, 2012)
https://www.telegram.com/story/news/local/east-valley/2012/10/29/prostitution-violence-plague-northboro-motel/49317653007/
[33] *FBI Investigates Human Trafficking At Madison Hotel*, WHNT News 19 (Dec. 7, 2012), https://whnt.com/2012/12/07/fbi-investigates-human-trafficking-at-madison-motel/.
[34] *Suspects Busted in Anaheim Sex Ring*, ABC13 Eyewitness News (Dec. 5, 2012), https://abc13.com/archive/8909784.
[35] Danielle McLean, What Drives Maine Sex Traffickers' Inhumanity, Bangor Daily News Maine Focus (Sept. 12, 2016), https://bangordailynews.com/2016/09/12/mainefocus/what-drives-maine-sex- traffickers-inhumanity/
[36] Man Arrested for Allegedly Promoting Prostitution, ABC57 (Mar. 1, 2013)
https://www.abc57.com/news/man-arrested-for-allegedly-promoting-prostitution
[37] Anne Kramer, Man Faces Prison Time For Sex Trafficking Baltimore Teen, WBAL News Radio (Apr. 10, 2014), https://www.wbal.com/article/106578/2/man-faces-prison-time-for-sex-trafficking-baltimore-teen.
[38] Pimp Arrested at Motel 6, Patch.com (May 27, 2013)
https://patch.com/california/rohnertpark-cotati/pimp-arrested-at-motel-6
[39] Police Arrest Four Men Patronizing Prostitutes at Kirkland's Motel 6, Kirkland Reporter (Aug. 5, 2013)
https://www.kirklandreporter.com/news/police-arrest-four-men-patronizing-prostitutes-at-kirklands-motel-6-execute-backpage-com-search-warrant/
[40] Columbia Man Charged with Human Sex Trafficking, The Augusta Chronicle (Oct. 3, 2013)
https://www.augustachronicle.com/story/news/2013/10/04/columbia-man-charged-human-sex-trafficking/14438979007/
[41] UPDATE: Man Arrested For Sex Trafficking, WRDW.com On Your Side, (Oct. 3, 2013), https://www.wrdw.com/home/headlines/Man-arrested-for-sex-trafficking-226301261.html.

- Police investigated a sex trafficker in March 2014 and ultimately charged him for his crimes including, but not limited to, selling a seventeen (17) year old girl for sex out of a Motel 6 in Roseville, Minnesota.[42]

- In May 2014, two (2) traffickers were arrested at a Motel 6 in Monterey, California after a twenty-one (21) year old woman escaped from their captivity.[43]

- On May 26, 2014 a man was accused of pimping underage girls out of Stockton Motel 6.[44]

- In the summer of 2014, two (2) girls ages fifteen (15) and sixteen (16) were taken from a children's shelter by a sex trafficker and trafficked out of a Motel 6 in Cutler Bay, Florida.[45]

- A Las Vegas man was charged with sex trafficking two (2) victims, including a seventeen (17) year old girl, in January 2015, out of a Motel 6 in Rapid City, Nevada.[46]

- In February 2015, two (2) men were arrested for sex trafficking a fourteen (14) year old girl at a Motel 6 in Seekonk, Rhode Island.[47]

- A local law enforcement investigation resulted in the rescue of a fifteen (15) year old runaway in February 2015, from a Motel 6 near the Oakland, California airport where she was being sex trafficked.[48]

- In North Charleston, South Carolina, a seventeen (17) year old girl was rescued in March 2015 from a Motel 6 by special agents from the United States Department of Homeland Security. The girl was sold for sex, beaten, and starved by a sex trafficker.[49]

---

[42] Man, 25, Is Accused Of Trafficking Teens, Twin Cities Pioneer Press (Jun. 5, 2014), https://www.twincities.com/2014/06/05/man-25-is-accused-of-trafficking-teens-2/
[43] Felix Cortez and Amy Larson, Monterey Police: 2 Human Sex Traffickers Arrested After Victim Escapes Motel,KSBW8 (May 9, 2014), https://ksbw.com/article/monterey-police-2-human-sex-traffickers-arrested-aftervictim-escapes-motel/1054172.
[44] Man Accused of Pimping Underage Girls out of Stockton Motel 6, CBS13 News Sacramento (May 26, 2014) https://www.cbsnews.com/sacramento/news/man-accused-of-pimping-underage-girls-out-of-stockton-motel-6/
[45] David Goodhue, Next Stop For Man Accused Of Sex Trafficking 2 Teens: Federal Court, Miami Herald (Sept. 2, 2015), https://www.miamiherald.com/news/local/news-columns-blogs/deadline-miami/article33360843.html.
[46] Las Vegas Man Charged With Human Trafficking In Rapid City, Argus Leader (Jan. 17, 2015), https://www.argusleader.com/story/news/crime/2015/01/17/las-vegas-man-charged-human-trafficking-rapid22city/21922915/.
[47] Stephen Peterson, RI Man Gets Jail In Sex-Trafficking Case Involving Seekonk Motel (Oct. 28, 2016), http://www.thesunchronicle.com/news/local_news/ri-man-gets-jail-in-sex-trafficking-case-involvingseekonk/article_d7a25494-9d21-11e6-8f94-63e5c74facb3.html.
[48] Emilie Raguso, Woman Charged In Berkeley Teen Sex Trafficking Case (Dec. 8, 2015), https://www.berkeleyside.com/2015/12/08/woman-charged-in-berkeley-teen-sex-trafficking-case.
[49] Melissa Boughton, Police Say Teen Starved, Beaten at North Charleston Hotel; Man Arrested in Sex-Trafficking Case (Mar.2, 2015),                https://www.poastandcourier.com/archives/police-say-teen-starved-beaten-at-north-charlestonmotel-man/article_032153eefcb6-5333-9182-926a7f43dfbf.html.

- Two men were arrested in March 2015 for sex trafficking a fifteen (15) year old girl at Motel 6 in Austin, Texas.[50]

- In March 2015, police arrested a man for sex trafficking a runaway seventeen (17) year old at a Motel 6 in Warwick, Rhode Island.[51]

- Over a fourteen (14) month period ending in approximately April 2015, at the same Motel 6 in Warwick, Rhode Island had seventy-five (75) arrests on its property for crimes including sex-trafficking.[52]

- In the summer of 2015, a woman was arrested at a Motel 6 in Great Falls, Montana where she was involved in sex trafficking a seventeen (17) year old girl.[53]

- A married couple was indicted in June 2015, for their roles in sex trafficking minor children ages seventeen (17), sixteen (16), and fifteen (15) years old out of a Motel 6 in Everett, Washington.[54]

- In Tuscaloosa, Alabama police rescued a fourteen (14) year old girl from a Motel 6 in June 2015, and a grand jury subsequently charged her assailant with human trafficking and rape.[55]

- In approximately July 2015, sex traffickers sold a fifteen (15) year old girl for sex at a Motel 6 in Pismo Beach, California.[56]

- In November 2015 a man was arrested at a Motel 6 in Ventura, California and was criminally charged with sex trafficking a fifteen (15) year old girl who was found with him.[57]

---

[50] Lindsay Bramson, Local Teen Saved from Sex Slavery; Two Charged, KXAN Austin (Mar. 6, 2015), https://www.kxan.com/news/local/austin/local-teen-freed-from-sex-slavery-two-charged/1049580764.
[51] Amanda Milkovits, Massachusetts Man Accused Of Trafficking Teen In Warwick Motel, NewportRI.com (Mar. 24, 2015), https://www.newportri.com/article/20150324/NEWS/150329666.
[52] Sarah Kaplan, Crime-Ridden Motel 6 In R.I. Will Hand Over Guest List To Police, The Washington Post (Apr. 28, 2015), https://www.washingtonpost.com/news/morning-mix/wp/2015/04/28/crime-ridden-motel-6-in-r-i-will-handover-guest-list-to-police/?utm_term=.a804ce3f32a8.
[53] Andrea Fisher, Woman Caught Up In Human Trafficking Ring Pleads Guilty (Aug. 29, 2016), https://www.greatfallstribune.com/story/news/local/2016/08/29/woman-caught-human-trafficking-ring-pleadsguilty/89566374/.
[54] Diana Hefley, County Investigating 45 Ongoing Human Sex Trafficking Cases, HeraldNet (Jun. 26, 2015), https://www.heraldnet.com/news/county-investigating-45-ongoing-human-sex-trafficking-cases/.
[55] Tuscaloosa Man Charged With Rape And Trafficking Mississippi Teen, NewsMississippi (Nov. 7, 28 2014), https://newsms.fm/tuscaloosa-man-charged-human-trafficking-mississippi-teen/.
[56] Matt Fountain, Four Accused Of Pimping Out 15-Year-Old Girl In SLO Will Stand Trial, SanLuisObispo.com (May 5, 2016), https://www.sanluisobispo.com/news/local/article75832962.html
[57] Fresno Man Sentenced To Prison For Pimping, Human Trafficking In Ventura County, Ventura County Star (Apr. 26, 2016), https://www.vcstar.com/story/news/local/communities/ventura/2016/04/26/fresno-man-sentenced-toprison-for-pimping-human-trafficking-in-ventura-county/88714698/.

- Seven (7) people were indicted in January 2016, by a Colorado grand jury for sex trafficking children from 2014 through the summer of 2015, out of hotels in Denver, Colorado, including a Denver area Motel 6.[58]

- In January 2016 a man was arrested at a Motel 6 in Frederick on human trafficking, prostitution charges.[59]

- On April 26, 2016 a man profited from prostitution operation at Midvale Motel 6.[60]

58.    Ultimately, several hundred of traffickers involved with hundreds of victims have been prosecuted by state and federal law enforcement agencies for sex trafficking and forced prostitution out of G6 branded properties.

59.    Based on information and belief, the Defendants managed and monitored on-line reviews of G6 branded hotel locations:

- A 2010 TripAdvisor review out of Maine states, "[M]y tour group and I figured that we should just stay here considering we were only staying here one night...There was dirtbags hanging around the pool area, and in the little yard area on the side. It looked as if all of the people who LIVED THERE were on drugs by the way they talked! Also during my stay there we saw a prostitute who must have been living there! She looked anorexic and came into the lobby telling the receptions that the cops might be coming so tell her if they show up! (i am not making any of this up) there was also "a security guard" there waiting in the lobby all day and throughout the night making sure that the prostitute did not leave. They told the receptionist that the prostitute had 2 clients upstairs..."[61]

- A 2011 Yelp review in California states, "…We paid to spend two night, but after one night of being terrorized by pimps, prostitutes, "druggies" and homeless sleeping in cars we checked out…Our lasting memory should be the beautiful wedding, but instead it will be know as our night of terror. The management is well aware of this and contribute to the problem by renting rooms to these terrorist..."[62]

- A 2011 TripAdvisor review from California states, "…After watching the pedestrian and vehicle traffic for a period of time in the immediate area, it is apparent that the staff does not decline service to prostitutes w/ their protection

---

[58] Hsing Tseng, Seven Indicted By Colorado Grand Jury In Child Sex Trafficking Ring Bust, Fox 31 Denver (Jan. 6, 2016), https://kdvr.com/2016/01/06/7-indicted-by-colorado-grand-jury-in-child-sex- trafficking-ring-bust/.
[59] Man Arrested at Motel 6 in Frederick on Human Trafficking, Prostitution Charges, Fox5News (Jan. 15, 2016) https://foxbaltimore.com/news/local/man-arrested-at-motel-6-in-frederick-on-human-trafficking-prostitution-charges#
[60] Charges: Man Profited from Prostitution Operation at Midvale Motel 6, KSL.com (Apr. 26, 2016) https://www.ksl.com/article/39513480/charges-man-profited-from-prostitution-operation-at-midvale-hotel
[61] https://www.tripadvisor.com/Hotel_Review-g41519-d244102-Reviews-Motel_6_Boston_North_DanversDanvers_Massachusetts.html
[62] https://www.yelp.com/bix/motels-6-santa-rosa-south-santa-rosa

(pimps) and drug dealers...While the affordable rates are the draw, once your there, you'll realize that Corporate hasn't paid attention to what occurs there or doesn't care as long as the money keeps coming in."[63]

- A 2011 Yelp review from California states, "Sheets and towels are frequently stained. Prostitution is a problem at this location, leading me to believe management and the staff (who are very friendly with the hookers) turns a blind eye to it to fill rooms or is being paid to look the other way…"[64]

- A 2011 TripAdvisor review from North Carolina states, "Can you say prostitute headquarters!!!  After reading good ratings about this motel and experienced staying here one night.  All I have to say is 'NEVER AGAIN' don't waste your money here. There's people who walk around the parking lot late at night and prostitutes standing around the stairs.  Definitely not a family friendly place to stay the night at.  The bed had hair on it from previous customers and the shower didn't drain properly.  Just overall disgusting.  Doesn't seem like they change the sheets or mop the floors.[65]

- A 2012 TripAdvisor review from Colorado states, "…The first night, I received phone call after phone call, asking if I wanted "sexual favors" done to me. NO!!!!!! I also witnessed numerous drug dealings going on, and had my door banged on several times…Upon checkout, I explained issues to the clerk (the same person who checked me in) and she said, oh well…"[66]

- A 2012 Yelp review out of Texas states, "Do not stay here. Just stayed here and had some shadey stuff goin on…for one the hotel is a front for a prostitution ring the owners are running…I turned down one of the girls who in which called my room phone and asked if I wanted company and soon after had one with purple hair and what looked like her pimp at my door. I didn't answer I just watched through the peep hole. after they knocked for about 5 mins they left. As soon as I got comfortable I hear someone messing with my door and I look through the peep hole and they are back and are trying to use a key.. woooow..."[67]

- A 2012 Yelp review from California states, "what to say about the "no tell motel sex" lol sad but true...my neighboor had people as in men in and out all night long if you get my drift, and when i called the front desk they said they would check it out and never did…"[68]

---

[63] https://www.tripadvisor.com/Hotel_Review-g32810-d78752-Reviews-Motel_6_Oakland_AirportOakland_California.html
[64] https://www.yelp.com/biz/motel-6-salinas
[65] https://www.tripadvisor.com.ph/ShowUserReviews-g49022-d94184-r119050612-Motel_6_Charlotte_Coliseum-Charlotte_North_Carolina.html
[66] https://www.tripadvisor.com/Hotel_Review-g33388-d83061-ReviewsMotel_6_Denver_Central_Federal_Boulevard-Denver_Colorado.html
[67] https://www.yelp.com/biz/motel-6-dallas-4 57 https://www.yelp.com/biz/motel-6-escondido?start=60
[68] https://www.yelp.com/biz/motel-6-escondido?start=60

- A 2013 TripAdvisor review out of Illinois states, "I have recently been relocated with my job out here so looking for a place in glenview area. I stood here for a week. They had pimps and prostitution going on next door, under and across from me my whole week hear. I told front desk of the noise and loud banging they were making all day and night long. The front desk called one room where they were in the prostitute got rude with her you can hear it they were told to check out but the same day they checked back in next door to me. Staff here must be in on it some how cause I watched a pimp and a few under age girls go in and out a few rooms across and next to me all night long with custermers. The following morning around 5am I was woken to a girl in the hall yelling at the pimp who just hit her. It gets better I guess staff told them I made a complaint so then after they were banging on my door and getting rooms next to me as well making extreme noise so they can get me out..."[69]

- A 2013 TripAdvisor review from New York states, "If you like drugs and drug addicts and drug dealing and prostitutes, this is the place to go. Not only do these people live in the hotel and use it as a place of business, but some of the staff is involved in drug dealing as well…"[70]

60.   This sampling of news stories, reviews, and other public information establishes that, at the time Jane Doe (YA) was trafficked at the subject Motel 6 properties, the G6 Defendants knew or should have known that:

   a.   There was widespread and ongoing sex trafficking occurring at G6 branded properties.

   b.   Sex trafficking was a brand-wide problem for G6 originating from management level decisions at their corporate offices in Carrollton, Texas.

   c.   G6 franchisee hotel staff were not taking reasonable steps to identify, report, and respond to known or probable sex trafficking occurring at their hotel properties and were facilitating sex trafficking at the branded hotel properties.

   d.   G6's efforts, if any, to stop facilitating sex trafficking in their branded properties were not effective.

   e.   G6 and its franchisees were earning revenue by providing venues where widespread and ongoing sex trafficking was occurring.

---

[69] https://www.tripadvisor.com/Hotel_Review-g36052-d243950-Reviews-Motel_6_Chicago_North_GlenviewGlenview_Illinois.html
[70] https://www.tripadvisor.co.nz/Hotel_Review-g29810-d93070-r172297063-Motel_6_Amherst_NY_BuffaloAmherst_New_York.html

61.     Despite the mounting evidence that sex trafficking at its properties was ongoing and growing, G6 continued to earn revenue by continuing conduct that they knew or should have known would continue to facilitate that trafficking.

**b.  G6 Defendants had actual and constructive knowledge of widespread and ongoing sex trafficking at the subject Motel 6s**

62.     G6 Defendants were specifically aware that sex trafficking was widespread and ongoing at the subject Motel 6s.

63.     Internet reviews for the subject Motel 6s which upon information and belief the G6 Defendants managed and monitored, show the pervasiveness of sex trafficking before and well after Jane Doe (YA) was trafficked.  For example, the G6 Defendants were, on information and belief, aware of the following reviews for the Motel 6 at 2424 Hotel Circle North, San Diego, CA 92108:

- A 2009 TripAdvisor review states, "Wife planned a night away from the kids on short notice, and on a very tight budget (like most people these days). She doesn't travel often (like I have to do for work), and thus she really wouldn't know a Motel 6 from a Comfort Inn from a Radisson (well, at least not until our recent stay). So she dropped the kids off at the grandparents, and booked us a rooom at this Motel 6 on the Internet, as it was close to somewhere we wanted to go for breakfast the next morning. She won't make the same mistake (i.e., booking at this, or any, Motel 6) twice. We check in around 6pm or so, I think, before we head out for dinner in nearby Old Town. She walks to the room (112), and I pull the car around back to the parking lot--only to be solicited by a hooker walking the property. (Uh, no thanks.) Besides the hooker, there were several other "interesting" characters loitering in the parking lot. I was sure to take my laptop, iPod, and anything else of value into the room, rather than leaving it in my car. In the room, the carpet underneath, and in front of, the sink area is SOAKED. Not damp, but absolutely saturated, as if someone left a hose running on it. Of course, I just HAD to find that out by stepping in it while wearing socks, and wondering why my socks were increasingly taking on water. Disgusting and unsanitary. (And when I had checked in, the front desk person told the guy behind me that they were totally booked/sold out, and turned him away. So no chance of getting a different room.) When my wife and I are leaving for dinner, the minute we walk out of our room, what do we see? The same hooker soliciting some construction workers (who were staying upstairs) right outside our door. I neither know nor care whether she had more success with them. When we get back, my wife showers. And, after she dries off, what does she

come to find out --- THE FREAKIN TOWEL WAS FILTHY DIRTY, and must have been hung back up before we came in (or just wasn't checked by the staff). And I mean dirty. There was visible, black dirt on the white towel (it just happened to be on the side facing the wall, so my poor wife didn't get to see it until AFTER she had dried off). Freakin disgusting! (And, knowing that I would blow up and want to immediately check out, she didn't tell/show me till the next morning, as she didn't want our one night away from the kids to be completely ruined.) Lastly, when I go out later that night to get ice, there was ANOTHER PROSTITUTE prostitute patrolling the parking lot. (Don't people have Craigslist for that stuff now?) This was unreal, and VERY seedy. It was as if the hotel was hosting a "ladies of the night" convention. So, be warned. If you're looking to hook up with a streetwalker in dirty motel room, then (based on my one experience) you may want to check out this Motel 6. Otherwise, spend the extra $30 or so for a more enjoyable stay somewhere else."[71]

- A 2010 TripAdvisor review states, "I travelled with children 11-17 and we booked approx 20+ rooms. I was on the 4th floor which smelled like weed in the hallways. Some of us stayed on 1st floor where the hookers were walking through the hallways. Rooms were filthy and hotel felt unsafe even with security walking around. Motel 6 should never had booked us the rooms with all of these childrens knowing that this is the type of hotel they are running. They knew we were unhappy and should have refunded our money just for not calling the cops on them."[72]

- A 2011 TripAdvisor review states, "One of the worst Motel 6 I stayed in a long time..Avoid the tower. We got a room near the elevator and there was constant noise throughout the night. You could also see the bright light from the hallway trough the door so that it was never completely dark in the room. The bed was uncomfortable and the pillows were the thinnest I had ever seen. Also the room had only one bar of soap and no shampoo. Luckily we stayed there only one night and avoided the bedbugs and hookers mentioned in the other reviews. Please do yourself a favor and stay away." [73]

- A 2011 TripAdvisor review states, "This was hands down one of the nastiest hotels I have ever stayed in. I was not in control of the booking of this unfortunately since my friend asked me to go to San Diego at the last minute and she had already booked this place. I absolutely agree with the other terrible reviews - it unfortunately lived up to them. About the only thing I didn't experience was the hookers and bedbugs (thank goodness!). When we checked in, there were some very sketchy looking characters doing laundry in the "tower" where our room was. Then we got to the elevator (a death trap) and headed up to our floor. The smell in

the hallway was disgusting, somewhere between mold and feet. The room wasn't overtly filthy, although some of the smell of the hallway had definitely seeped in. The pillows were seriously the FLATTEST things I have ever seen and the bed was akin to something they give mis-behaving prisoners to sleep on. It may as well have been a board or a concrete bench. So uncomfortable. The boxspring had some lovely stains on it... didn't even want to know what that was. The carpet was filthy... neither myself or my friend walked around barefoot the whole time. The thing that killed me was that they were charging almost ONE HUNDRED dollars a night to those that didn't have reservations... we paid around $73, which was still unbelievably high for the quality of hotel we got. I would have been upset paying even $20 for this craphole. Please, if you're thinking of booking here and, like me, are trying to convince yourself that the reviews were just written by impossibly picky people, PLEASE run away and pay the extra $30 or $40 a night to be somewhere that doesn't make your skin crawl. I will NEVER stay in a Motel 6 again."[74]

- A 2013 Yelp review states, "Checking in was not the best experience as front desk clerk was rude and seemed overwhelmed. Rooms in hallways do have a bad smell. The incompetent security guard asked for my name and when I told him my name he asked if I had a easier name.. really!? That's just to get into the parking. They do not have sufficient parking at night have to park at AAA's parking lot and walk back to your room. I got one of the security guards to open up about why so much security and he explained that these rooms are also rented out as weeklys. Therefore there is a lot of drug use, prostitution and underage partying in the area. Hard to believe being that its in a great area. Doubt I'll ever stay here again."[75]

- A 2014 TripAdvisor review states, "Got back to motel 6 around midnight and the smell around this hotel was like a sewer. After finally finding a parking spot we found kids drinking beer around the hallways which smelled like urine. We finally got to our room and to our surprise, the keys wouldn't work! I made the long walk to the managers office, he supposedly fixed them and went back to open the door. Still didn't work! Walked back over, he says you're probably not using the keys correctly, so security went back and he tried to open the door. Still wouldn't work!!They finally called the general manager who was finally able to open the door. There was spit on the TV, bedding was filthy and I heard this property was used for prostitution! At this point it was around 1am, but conditions were so bad and my wife and I didn't feel safe, so we made the 2 and a half hour drive back to home!!!"[76]

---

[74]https://www.tripadvisor.com/Hotel_Review-g60750-d80246-Reviews-Motel_6_San_Diego_Hotel_Circle-San_Diego_California.html
[75]https://www.yelp.com/biz/motel-6-san-diego-san-diego
[76]https://www.google.com/travel/hotels/Motel%206%202424%20Hotel%20Cir%20N%2C%20San%20Diego%2C%20CA%2092108%20google/entity/CgsIwbnJvYmW69vVARAB/prices?q=Motel%206%202424%20Hotel%20Cir%20N%2C%20San%20Diego%2C%20CA%2092108%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4

- A 2016 Google review states, "High school drop outs as security guards treat all coming and going customers as either prostitutes or johns. Ridiculous to have this type of security in hotel circle as if the establishment was located in the middle of the ghetto. Bed" [77]

- A 2016 Yelp review states, "Have you ever wished your motel was more like a maximum security prison? Well then look no further than cell block 6..sorry, Motel 6. As you enter the parking lot after night fall, expect to be greeted by a security guard who won't let you through till everyone shows ID to the front desk (prostitution problem?) but wait, there's more! After our 2 guest passed their "TSA check" we were in the room but 2 full minutes when a new motel guard pounded on our door like we were hiding Edward Snowden and gave us the 3rd degree! "I could hear bottles clinking down the hall" she said (we had not had a chance to open the cabernet but thanks mom) She yelled about it being a family motel and left. (it should be noted it was early and no guest had complained about the 4 of us being loud in the 2 minutes we were there) The phone rang right after she left, front desk got a complaint from the very same security guard and called before she even had a chance to continue down the hallway, putting her ear to doors to listen for "clinking" no doubt. We left at that moment and got a room next door at Comfort Inn( great place btw). So unless your nostalgic for the old days behind bars or wondering what its like to be a hooker hiding from "the man" go ANYWHERE else." [78]

- A 2017 Expedia review states, "As an ex-police officer I can assure you that there is a human trafficking issue at this hotel. The staff tries to secure the building by stopping cars after 10:00PM and checking the guest list. However, young girls were being brought into the hotel by men (pimps) who where not staying at the hotel by waiting by the door for hotel guest such as myself to open the door when exiting or

291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4754388%2C4757164%2C477803
5%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4886082%2C4886480%2C4893075%2C4899568%2C
4899569%2C4902277%2C4905351%2C4926165%2C4926489%2C4931360%2C4936396%2C4937897%2C4940560%2C49406
07%2C4941046%2C47061553&hl=en-
RO&gl=ro&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBI
wEi6yASsSKQonCiUweDgwZGVhYWRhYTQ2YzQ5ODM6MHhkNWI3YWNiMDk3YjI1Y2Mx&rp=EMG5yb2Jluvb1QEQw
bnJvYmW69vVATgCQABIAcABAg&ictx=1&utm_campaign=sharing&utm_medium=link&utm_source=htls&ved=0CAAQ5Js
GahcKEwiYzvzPrqGDAxUAAAAAHQAAAAAQBA&ts=CAEaSQorEicyJTB4ODBkZWFhZGFhNDZjNDk4MzoweGQ1Yjd
hY2IwOTdiMjVjVjYzEaABIaEhQKBwjnDxAMGBsSBwjnDxAMGBwYATICEAAqCQoFOgNVU0QaAA

[77]https://www.google.com/travel/hotels/Motel%206%202424%20Hotel%20Cir%20N%2C%20San%20Diego%2C%20CA%2092
108%20google/entity/CgsIwbnJvYmW69vVARAB/prices?q=Motel%206%202424%20Hotel%20Cir%20N%2C%20San%20Die
go%2C%20CA%2092108%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4
291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4754388%2C4757164%2C477803
5%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4886082%2C4886480%2C4893075%2C4899568%2C
4899569%2C4902277%2C4905351%2C4926165%2C4926489%2C4931360%2C4936396%2C4937897%2C4940560%2C49406
07%2C4941046%2C47061553&hl=en-
RO&gl=ro&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBI
wEi6yASsSKQonCiUweDgwZGVhYWRhYTQ2YzQ5ODM6MHhkNWI3YWNiMDk3YjI1Y2Mx&rp=EMG5yb2Jluvb1QEQw
bnJvYmW69vVATgCQABIAcABAg&ictx=1&utm_campaign=sharing&utm_medium=link&utm_source=htls&ved=0CAAQ5Js
GahcKEwj4t_asuqGDAxUAAAAAHQAAAAAQBA&ts=CAEaSQorEicyJTB4ODBkZWFhZGFhNDZjNDk4MzoweGQ1Yjdh
Y2IwOTdiMjVjVjYzEaABIaEhQKBwjnDxAMGBsSBwjnDxAMGBwYATICEAAqCQoFOgNVU0QaAA
[78] https://www.yelp.com/biz/motel-6-san-diego-san-diego

entering. They then would take the stairwell so as to avoid a way for the guest to know what floor they are going to in order to deliver their prostitute. I had a hard time being questioned at the front of the motel when nothing was being done to lock down the building. I also had a hard time paying for a room where angry man banging on a neighboring door (a different door each night) looking for someone (maybe a working girl or someone who owed them money?). If the Motel 6 could get these issue resolved I would definitely stay here again as you can't beat the price. Clean it up and this would be a great place to say if you are looking for a deal. If you are naive to what is going on at this property you might be happy with the accommodations."[79]

. A 2017 Yelp review states, "In a nutshell, if you want to sleep, do not go to this hotel. It's ONLY redeeming feature is it's location. Other than that, this place is easily on of the worst hotel I have EVER stayed at. It's the 4 story tower that they have in the back that is the hell hole. They have a "regular" motel 6 building out front but they have this animal in the back that is horrific on a number of counts. First off, if you were standing in front of the building, I would direct your attention to the hookers, transvestites at that, standing out front, dressed up in drag and ready to "play". Second, I would direct you to the "laundry room", which is an out door affair. It's "inside" the building but it's in a room that has no doors. I mean, if you are concerned about your safety, that is a big reason I would recommend not staying at this place.Third, the elevator. It is slow and it is NOISY. If your room is anywhere near this behemoth, you are not going to get any sleep, because there are people coming in and out of this 4 story structure literally ALL NIGHT LONG. That's because it's a whore house. Fourth. Any floor below the 4th you are in for hell. NONE of the doors in this building close properly, so people are slamming the doors. And there is no respite from it. People are moving around this place, again and I will probably say it again, again! ALL NIGHT LONG! This is old style construction, anyone walking on the floor above you? You are going to hear it as if there was a speaker broadcasting the noise right next to your ears. Read other descriptions of this place, including on Trip-Advisor. Take heed. I would literally rather sleep in my car than EVER come back to this hell-hole again. If you insist on staying at this sex-shop, and you can't get into the 2 story front building, INSIST on the FOURTH FLOOR. Seriously, though, saving a buck isn't worth it at this place. There are numerous other hotels in the other and even if they are more expensive, it is money well spent. Or, stay at a property in a different area of town that is lower priced. You have been forewarned if you have read this far." [80]

• A 2017 Yelp review states, "Very unprofessional and ghetto front desk staff. Clearly the managers like it because they support their rude and inappropriate behavior. There is no real way to complain. They forward you to guest services department to document your complaint. Then they tell you the manager that you speak to at that location reserves any final decisions that are made and that they will not overstep his authority. So it is a closed system that will not allow for a consumer

to report what they are doing if they are not running a proper business. It would appear everything is in house. So there are no protections for us as consumers. However, I checked my email and found a survey where I reported problems with my stay and was given the option to post my review to google. I found out the owners name is Jim Amorosia. I will be contacting him separately about the problems at this location. This motel is known for prostitution. Homeless addicts fighting day and night, security checking every car that comes onto the property forcing all adults that visit to register and pay more money, rude and unprofessional front desk staff and careless management who obviously could care less about the poor ratings they have. They harass every guest as if we are poor homeless addicts constantly threatening guest to be evicted and kicked out. Ghetto girls on serious power trips. Cheap room horrible customer service."[81]

- A 2017 Yelp review states, "room was pretty clean, didn't smell as bad as usual motel smell like you know hookers and cigs. plus we booked it last min like 2 hours before we got to SD ."[82]

- A 2017 Google review states, "I absolutely loved my room even though my bed was like a cardboard but it was so clean and the front desk people were soooo amazing but my last night I had some noisy neighbors that checked in in the room above me. I would consider her to be a prostitute because she had people coming in and out of the room all times of the night and the bed was making a lot of noise. Other than that last night i will say this was the best motel 6 ever."[83]

- A 2018 Google review states, "Horrible stay. i ended up cancelling my stay earlier due to crackheads and prostitutes. Very shittyfront desk services and support. i have stayed in many motel 6s and never ran across one like this. i would never reccommend someone to stay at this motel 6." [84]

- A 2020 Booking.com review states, "Positive: The staff was very friendly and helpful I feel bad they have to work with what they have so things are pretty much out of there control.|Negative: Talk about all walks of life in that place.. All I can say is drug users and hookers every where I was a bit concerned cause we had our

---

[81]https://www.yelp.com/biz/motel-6-san-diego-san-diego
[82]https://www.yelp.com/biz/motel-6-san-diego-san-diego
[83]https://www.google.com/travel/search?q=Motel&ved=0CAAQ5JsGahcKEwigw5W5vqGDAxUAAAAAHQAAAAAQCw
[84]https://www.google.com/travel/hotels/Motel%206%202424%20Hotel%20Cir%20N%2C%20San%20Diego%2C%20CA%2092
108%20google/entity/CgsIwbnJvYmW69vVARAB/prices?q=Motel%206%202424%20Hotel%20Cir%20N%2C%20San%20Die
go%2C%20CA%2092108%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4
291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4754388%2C4757164%2C477803
5%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4886082%2C4886480%2C4893075%2C4899568%2C
4899569%2C4902277%2C4905351%2C4926165%2C4926489%2C4931360%2C4936396%2C4937897%2C4940560%2C49406
07%2C4941046%2C47061553&hl=en-
RO&gl=ro&ssta=1&grf=EmQKLAgOEigSJnIKKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBI
wEi6yASsSKQonCiUweDgwZGVhYWRhYTQ2YzQ5ODM6MHhkNWI3YWNiMDk3YjI1Y2Mx&rp=EMG5yb2JIuvb1QEQw
bnJvYmW69vVATgCQABIAcABAg&ictx=1&utm_campaign=sharing&utm_medium=link&utm_source=htls&ved=0CAAQ
5JsGahcKEwiIh_jxuqGDAxUAAAAAHQAAAAAQBA&ts=CAEaSQorEicyJTB4ODBkZWFhZGFhNDZjNDk4
MzoweGQ1YjdhY2IwOTdiMjVjYzEaABIaEhQKBwjnDxAMGBssSBwjnDxAMGBwYATICEAAqCQoFOgNVU0
QaAA

12 year old son with us. Never again"[85]

- A 2020 Booking.com review states, "Positive: No breakfast was given. The only think was close to the beach and shopping area|Negative: Too many hookers and pimps on the facility as well as people fighting and yelling down the hall way and way to many dogs barking. The place smelt horrible. Will never stay here again. This place needs to be cleaned up asap" [86]

- A 2020 Expedia review states, "So you think hotel circle is gonna be a pretty decent area. Think again. You look around and see crack heads, and hookers. If it doesnâ€™t bother you then yeah the location is great! Itâ€™s dark not lit. At night I could hear the people partying in the hallway. People slamming doors literally all night as if the lock was on or something. At least the kids slept great!" [87]

On information and belief, the G6 Defendants were aware of the following reviews for the Motel

6 at 901 N Coast Hwy, Oceanside, CA 92054:

- A 2013 TripAdvisor review states, "so gross had to keep shoes on at all times. the rug was so dirty my feet turned tar black and greasy for some reason. dug addicts dealers and hooker central. a package was mailed there from my mother with my boyfriends name and our room # . was some how given to another guest and he refused to give it back. or so the manager said along with more then 3 other stories. my head was spinning from all the diff. stories he was telling me my boyfriend and the cops. he refused to help in any way when he is clearly at fault. i have now gotten the advice of a lawyer and am now going after the hotel for a refund of my package value."[88]

- A 2014 Expedia review states, "A disgusting place, not suitable for children or families"[89]

- A 2014 TripAdvisor review states, "Never again. Felt robbed of our money. Coming from very far away to take a vacation on a holiday weekend and it was our worst nightmare. As soon as we walked in the front desk/manager ( joke ) was on his cell phone and had to wait forever to be helped and waiting for him to call around to see if any rooms were even available since check in was 3:00pm and we got there about 3:45pm, they should have all rooms ready. We finally get a room and it's disgusting. Spider webs in the shower, bed smelled like mold, vent for bathroom was having a disturbing smell of feces that was the worst as trying to take

---

[85]https://www.booking.com/hotel/us/motel-6-san-diego-circle.html
[86]https://www.booking.com/hotel/us/motel-6-san-diego-circle.html
[87]https://www.expedia.com/San-Diego-Hotels-Motel-6-San-Diego.h996099.Hotel-Reviews
[88] https://www.tripadvisor.com/Hotel_Review-g32815-d570009-Reviews-Motel_6_Oceanside_Marina-Oceanside_California.html
[89]https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews

a shower, poor air unit, place looked so old, hole in the wall of the bathroom. Just unbelievably terrible. House keeping had an attitude when bringing extra towels and brought the iron I asked for but no ironing board. We then confront the front desk/manager and he wants to argue back and give us attitude like it's our fault and instead of working on trying to help us and fix the problem he still just wanted to argue and say it's just a job and didn't care. That just tells you what kind of place it is. After a full on argument he finally decides to give us a new room that they actually just built which was amazing. It was like night and day. I just couldn't believe the guy I had never experienced such a thing. I wouldn't recommend it. The new room was great and 110% better but I wouldn't give this place my money again. The "no refund after 15 min" just screams Hooker Hotel!! If they had a better attitude and had some passion in their business then maybe it would be a success!!" [90]

- A 2014 TripAdvisor review states, "This place is very basic, even for a motel. Suppose it was fine for crashing in for a few hours. There was lots of free parking, which comes in handy with larger vehicles. It's close to the freeway and cheap and close to the beach."[91]

- A 2014 TripAdvisor review states, "This hotel is in a seedy neighborhood. Upon arrival, I found out the pool and hot tub were under construction. There were transvestites (Probably hookers) hanging out around the hotel and in the parking lot. I had to go to the office one night at midnight to ask for towels and had to argue with the guy to give me more than one and the last night of my stay, the people in the room next to me were partying and smoking pot until about 3:30 and I was afraid to complain for fear of retaliation and I had to explain all of this to my kids. The floor was so dirty you couldn't walk from the bathroom to the bed without you feet turning black. There was no fridge, no hairdryer, and no shampoo and we were only given one tiny bar of soap for the 4 nights we stayed there."[92]

- A 2015 Yelp review states, "Don't leave anything in your room. I got up at 4am and went fishing for the day. When I returned at 6pm my Bluetooth speaker was missing. I left it on the nightstand. I contacted the front desk and the clerk named Sai told me that housekeeping would never steal anything. He told me that I obviously misplaced it. He came to the room and I explained again what happened and he once again insulted me and told me that I had obviously made a mistake, and his cleaning people are honest. I then went to the front desk and demanded a number to corporate and a manager. I then stated to others in the lobby that they should not stay there if they value there belongings. I left for dinner, and when I returned, Sai was waiting for me. He ran right out to me and handed me my stolen Bluetooth speaker!!!!! He said the cleaning staff had wrapped it up in the sheets.

---

[90]https://www.tripadvisor.com/Hotel_Review-g32815-d570009-Reviews-Motel_6_Oceanside_Marina-Oceanside_California.html
[91]https://www.tripadvisor.com/Hotel_Review-g32815-d570009-Reviews-Motel_6_Oceanside_Marina-Oceanside_California.html
[92]https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews

"You must have left it on the bed and they mistakenly wrapped it up in the sheet". Not so! I left it on the nightstand. After he handed me my Property, he asked if I had contacted corporate yet. I said no. He then said "you now have your speaker" and that was it. NO APOLOGY!!!!! Also hookers and tweekers everywhere. I almost forgot, the first 2 rooms he gave us had never been cleaned after previous guest checked out! Screw this place!!!! Worst place ever!!!" [93]

- A 2016 Google review states, "Prostitute motel. No closets, no toiletries, no maid service. Found lube smeared all over the place. Horrible."[94]

- A 2017 Expedia review states, "To many street people i.e. Hookers,pimps, drug dealers" [95]

- A 2017 Expedia review states, "Paid for the room on Hotels.com, but didn't stay there as place was terrible and in terrible locatio ..,drug dealers and hookers"[96]

- A 2017 Google review states, "This property is undeserving of a Motel 6 franchise name. It is a known drug & prostitution den. It is filthy & unsafe. There is mold in the walls, no screens on the windows, & apparently no smoke detectors in the rooms. I've never stayed" [97]

- A 2017 Yelp review states, "My family and I called the day before and reserved a room. When we get there we are told by the employee (Sai) there that we never reserved a room. I was able to prove to him that I did with an email he then said they called me and I assured him they did not. He read to me my number off by a digit but I saw my number was written accurately there on his pad. As I stood there waiting for an apology or something, I observe two separate drug transactions and two prostitutes waving down separate cars then going with the men to rooms. I was in shock. After expressing my frustration with Sai I feared for the safety of my family. As I left in astonishment I observed another prostitute engage in conversation with Sai as soon as I left. It was apparent that this motel and the employees there are condoning this behavior of drugs and prostitution leaving good families with kids on the street at night. Families do not go here. If your in law

---

[93] https://www.yelp.com/biz/motel-6-oceanside-2
[94] https://www.google.com/travel/search?q=Motel&ved=0CAAQ5JsGahcKEwjgv9P_vqGDAxUAAAAAHQAAAAAQCw
[95] https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews
[96] https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews
[97] https://www.google.com/travel/hotels/Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C%20CA%202092054%20google/entity/CgoIvPeV7YetpMVbEAE/reviews?q=Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C%20CA%2092054%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4757164%2C4778035%2C4810792%2C4810793%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4874726%2C4886082%2C4886480%2C4893075%2C4902277%2C4905351%2C4906019%2C4926165%2C4926489%2C4928499%2C4930751%2C4930753%2C4931360%2C4936396%2C4937897%2C47061553&hl=en-
VG&gl=vg&ssta=1&grf=EmQKLAgOEigSJnIkKilKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweDgwZGM2ZTM1N2YzMjIxNTk6MHg1YjhhOTE2ODdkYTU3YmJj&rp=ELz3le2HraTFWxC895Xth62kxVs4AkAASAHAAQI&ictx=1&sa=X&ved=0CAAQ5JsGahcKEwjQnKe9qaGDAxUAAAAAHQAAAAAQBA&utm_campaign=sharing&utm_medium=link&utm_source=htls&ts=CAEaSQorEicyJTB4ODBkYzZlMzU3ZjMyMjE1OToweDViOGE5MTY4N2RhNTdiYmMaABIaEhQKBwjnDxAMGBgSBwjnDxAMGBkYATICEAAqCQoFOgNVU0QaAA

enforcement and looking for drugs and prostitutes then this is the motel to be at."[98]

- A 2018 Google review states, "Prostitute motel. No closets, no toiletries, no maid service. Found lube smeared all over the place. Horrible."[99]

- A 2018 Google review states, "Drug dealers and hookers traffic in and out of the rooms all night" [100]

- A 2019 Expedia review states, "It was not clean. The room stunk like dog and cigarettes. The sheets had stains on them and cigarette burns everywhere on the sheets. There was graffiti on the toilet seat covers. The outside of the hotel is run down. Looks like it's a drug and prostitute infested motel. NOT GOOD FOR A FAMILY OR ANYONE FOR THAT MATTER! NOT HAPPY AT ALL!"[101]

- A 2019 Expedia review states, "Where do I start! Only had 1 towel all 3 days. The cleaners never cleaned any of the days we stayed. No toilet paper in the room. To top it off the room next to mine had police officers arresting someone at 11pm. I believe it was either drug or prostitution related. It was a bad experience and would not go back." [102]

- A 2020 Yelp review states, "Yikes. Surrounded by hookers and homeless. Was approached in the parking lot for money. Then no not water, ice machine broken, bed was hard and only one towel. Only stayed here because my favorite place Days Inn (with path to the harbor) was sold out." [103]

[98] https://www.yelp.com/biz/motel-6-oceanside-2
[99] https://www.google.com/travel/hotels/Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C%20CA%209205
4%20google/entity/CgoIvPeV7YetpMVbEAE/reviews?q=Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C
%20CA%2092054%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517
%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4757164%2C4778035%2C4810792%2C4
810793%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4874726%2C4886082%2C4886480%2C489307
5%2C4902277%2C4905351%2C4906019%2C4926165%2C4926489%2C4928499%2C4930751%2C4930753%2C4931360%2C
4936396%2C4937897%2C47061553&hl=en-
VG&gl=vg&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBI
wEi6yASsSKQonCiUweDgwZGM2ZTM1N2YzMjIxNTk6MHg1YJhhOTE2ODdkYTU3YmJj&rp=ELz3le2HraTFWxC895Xth
62kxVs4AkAASAHAAQI&ictx=1&sa=X&ved=0CAAQ5JsGahcKEwigjP2TqqGDAxUAAAAAHQAAAAAQBA&utm_campa
ign=sharing&utm_medium=link&utm_source=htls&ts=CAEaSQorEicyJTB4ODBkYzZlMzU3ZjMyMjE1OTowedDViOGE5MT
Y4N2RhNTdiYmMaABIaEhQKBwjnDxAMGBgSBwjnDxAMGBkYATICEAAqCQoFOgNVU0QaAA
[100] https://www.google.com/travel/hotels/Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C%20CA%209205
4%20google/entity/CgoIvPeV7YetpMVbEAE/reviews?q=Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C
%20CA%2092054%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517
%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4757164%2C4778035%2C4810792%2C4
810793%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4874726%2C4886082%2C4886480%2C489307
5%2C4902277%2C4905351%2C4906019%2C4926165%2C4926489%2C4928499%2C4930751%2C4930753%2C4931360%2C
4936396%2C4937897%2C47061553&hl=en-
VG&gl=vg&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBI
wEi6yASsSKQonCiUweDgwZGM2ZTM1N2YzMjIxNTk6MHg1YJhhOTE2ODdkYTU3YmJj&rp=ELz3le2HraTFWxC895Xth
62kxVs4AkAASAHAAQI&ictx=1&sa=X&ved=0CAAQ5JsGahcKEwi4_4CvqqGDAxUAAAAAHQAAAAAQBA&utm_camp
aign=sharing&utm_medium=link&utm_source=htls&ts=CAEaSQorEicyJTB4ODBkYzZlMzU3ZjMyMjE1OTowedDViOGE5MT
Y4N2RhNTdiYmMaABIaEhQKBwjnDxAMGBgSBwjnDxAMGBkYATICEAAqCQoFOgNVU0QaAA
[101] https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews
[102] https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews
[103] https://www.yelp.com/biz/motel-6-oceanside-2

- A 2020 Google review states, ""The worst stay I have ever had at any motel. The noise from all the homeless and hookers was going throughout the night. Then the ice machine was not working. The attendant was no where to be found in the late evening hours. No hot water. Wasn't happy that night."[104]

  A 2021 Expedia review states, "This is unquestionably the worst Motel 6 I have ever stayed at . I got 13 rooms for my girls soccer team as they were play in a tournament near by. Not only were the rooms filthy and smelled horribly . But the property apparently is the local hangout for drug dealers and hookers who where constantly knocking on doors at all hours of the day and night harassing my players . We called the police several times during our stay." [105]

- A 2021 Google review states, "The worst stay I have ever had at any motel. The noise from all the homeless and hookers was going throughout the night. Then the ice machine was not working. The attendant was no where to be found in the late evening hours. No hot water. Wasn't happy that night."[106]

- A 2021 Yelp review states, "Not that I think it's going to be any different. Because as you can tell there's tons of shitty reviews. I stayed here for 20 days. Spent about $1200 to stay here. The owner kicked me out because she didn't like my attitude of me telling them that their employee didn't know how to do their job. The day before I ask for four more days and pay for it. Or so I thought. The employee only charge me for an extra day I went to work the next day thinking I had 4 more days and the person who is staying with me got a knock on the door and was told that if we don't pay it right away that we had to leave. So even though this person is not under the room of the name they had no problem taking their money. This place doesn't care as long as there money coming though. If you do your research people have died and gotten murdered at this Motel 6 in the past. But when I called them out on their terrible hospitality. And the fact that they don't know how to train their employees they had no problem kicking me out after already spending $1200 of my money. This place takes money from underprivileged people and shits on them. I have been offered meth nine different times in this area prostitution is happening everywhere.

---

[104]https://www.google.com/travel/search?q=Motel&ved=0CAAQ5JsGahcKEwjgv9P_vqGDAxUAAAAAHQAAAAAQCw
[105]https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews
[106]https://www.google.com/travel/hotels/Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C%20CA%209205
4%20google/entity/CgoIvPeV7YetpMVbEAE/reviews?q=Motel%206%20901%20N%20Coast%20Hwy%2C%20Oceanside%2C
%20CA%2092054%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517
%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4757164%2C4778035%2C4810792%2C4
810793%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4874726%2C4886082%2C4886480%2C489307
5%2C4902277%2C4905351%2C4906019%2C4926165%2C4926489%2C4928499%2C4930751%2C4930753%2C4931360%2C
4936396%2C4937897%2C47061553&hl=en-
VG&gl=vg&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBI
wEi6yASsSKQonCiUweDgwZGM2ZTM1N2YzMjIxNTk6MHg1YjhhOTE2ODkYTU3YmJj&rp=ELz3le2HraTFWxC895Xth
62kxVs4AkAASAHAAQI&ictx=1&sa=X&ved=0CAAQ5JsGahcKEwjo5__Iq6GDAxUAAAAAHQAAAAAQAw&utm_campa
ign=sharing&utm_medium=link&utm_source=htls&ts=CAEaSQorEicyJTB4ODBkYzZlMzU3ZjMyMjE1OTToweDViOGE5MT
Y4N2RhNTdiYmMaABIaEhQKBwjnDxAMGBgSBwjnDxAMGBkYATICEAAqCQoFOgNVU0QaAA

But she has no problem catering to these type of people. Because this is a front motel for a bigger operation. Meth runs deep in this motel. Susie you're a terrible manager you're a terrible employee. You are the worst thing that has happened to any motels in Oceanside you had no problem flipping me off and I didn't have a camera on you. I cannot wait to post you all over social media as the person who has no problem taking money from people who are broke and homeless. And kicking people out. Because you don't like their attitude because you don't know how to train people because you don't know how to take accountability for your actions as a shitty fucking manager. Ended up having to call the cops because at first she had no problem giving a refund to my friend since we weren't gonna stay there any longer and I've already spent $1200. But then she took it back because I called the police on her because she did not like. My attitude but she had no problem taking my money. When I did not have an attitude. Why don't you just not be entitled and realize that you have shit employees and shit customer service always have and always will! Don't stay here by urself if ur a women there phone don't work either do there fire alarms. PS the photo This is Suzy the trash Manager who hires shit employees. Has no problem with taking people money who actually respect their property. But meth folks r good cuz we know that this motel 6 is a front & her husband r selling that shit. It's y they allow it! Don't pay a dime to this moldy place! And also Susie you're right you're absolutely right u ableist POS I'm mental disability I have autism so I hope that work well with ur Christ loving necklaces. U want be ableist pod to me I'll hold u accountable for urself actions since no one taugh u any different."[107]

- A 2021 Yelp review states, "Total dump. Drug dealers and prostitutes. Dirty azz rooms. Loud music and drug trafficking all hours of the day and night. Dirty mold infeated bathroom dirty bedding rude staff and housekeeping"[108]

- A 2022 Expedia review states, "This property was dirty and in disrepair. There were hundreds of cigarette butts littered in the landscaping and the parking lot, the room did not have a phone and the tv wires were everywhere. Nor did it feel safe. It seemed to be being used for prostitution. And the towels were about half the size of a normal towel."[109]

On information and belief, the G6 Defendants were aware of the following reviews for the Motel

6 at 745 E Street, Chula Vista, CA 91910:

- A 2014 TripAdvisor review states, "Noisy, cheap beds hard as a rock. Obvious prostitutes (OBVIOUS) doing business in the parking lot and rooms. A guy washing his dog with a hose in front of his room. Large semi trucks that idle all night to keep their refrigeration going. Constant noise from the freeway and trolley. This motel is right next to the freeway...interstate 5, busy 24/7. Staff is surly and completely

---

[107] https://www.yelp.com/biz/motel-6-oceanside-2
[108] https://www.yelp.com/biz/motel-6-oceanside-2
[109] https://www.expedia.com/Oceanside-Hotels-Motel-6-Oceanside.h1217750.Hotel-Reviews

disinterested in anything remotely resembling customer service. At check in, one of the clerks was so sick she could barely talk, she hacked and coughed at us from behind the counter. She should have stayed home rather than infecting the guests. Stay someplace else.....anywhere else."[110]

- A 2015 Yelp review states, "DO NOT STAY HERE! Although the staff was very pleasant and helpful, there was hair on every towel we had and blood on the wall. Most people that stay there bring hookers and has extremely shady people hanging around. We saw multiple hookers, pimps and a drug deal. While it is affordable, there are other, much safer places, at a similar price. Do NOT bring your family here."[111]

- A 2016 TripAdvisor review states, "I stayed here a month ago when I went to a show at Sleep Train. It was very nice. Cute little room, newly remodeled in bright orange colors. It even has a little booth-type breakfast table. Never stayed in a hotel with hardwood floors. I enjoyed dancing and sliding around in my socks on the shiny wood floor. I don't know what everybody Is talking about hookers, crack people and shady people hanging around, I did not see any of this. Pretty typical Motel 6, you get a clean comfortable room for a reasonable price. This place has that and a surprising Art Deco motif."[112]

- A 2017 TripAdvisor review states, "Interestingly, when I had been in San Diego previously, I stayed at the Hotel Circle Motel 6 (which cost a lot more than this one) and I came down to check out the Chula Vista property to see if I might consider staying there in the future. At the time I was totally turned off just by the people who were coming and going in the area. However, I wanted to see how economical I could make this latest trip so I decided to give it a go. I flew in using points, used only public transportation, and stayed here. First of all, this place has a lot going for it in terms of location. It is across the street from the E Street Transit Station, and it is within easy walking distance from at least ten eateries, including McDonalds, Denneys, and Taco Bell. It is right next door to the Black Angus Steak House.I'm sorry, but there are just a lot of creepy people in this area. Panhandler, prostitutes, crazy people. However, I pretty much stayed in my room when I wasn't working. I was there eleven days and at times, but not all the time, there was a fair amount of noise. I handled this pretty effectively with ear plugs and the air conditioner/heater fan. The room itself was one of the remodeled ones that are so prevalent now. It was decent but in one spot the Pergo-esque flooring had come loose. It looked like in the past someone had tried to push the door in because the safety latch and the electronic card reader thing were both about to come off the wall (photo). The TV remote was missing a battery cover and was held together

[110]https://www.tripadvisor.co.nz/Hotel_Review-g32210-d76505-Reviews-or5-Motel_6_San_Diego_Chula_Vista-Chula_Vista_California.html
[111]https://www.yelp.com/biz/motel-6-san-diego-chula-vista-chula-vista
[112]https://www.tripadvisor.co.nz/Hotel_Review-g32210-d76505-Reviews-or5-Motel_6_San_Diego_Chula_Vista-Chula_Vista_California.html

with tape. This was a non-smoking room but there was a cigarette burn on the bathtub and one on the bedspread. The room did not smell of smoke. There were no cockroaches or other vermin. The bed was decent, as was the bedding. Some of the towels were a little worn. It seemed impossible to get a full complement of towels each day. Something was always missing. Sometimes the room was not done until 5 or 6pm. This was disappointing when I got back from work and just wanted to undress and relax. The people at the front desk were reasonably nice. All in all, I will probably stay here on future trips as long as I'm not with my wife...she wouldn't go near this place."[113]

- A 2017 Google review states, "Room was a complete mess, mold on wood in shower, walls were filthy, floor had dips and cracks, towels were not clean, one had what appeared to be a blood stain on it. There were prostitutes in and out all night, my 13 year old daughter was afraid to fall asleep. Air conditioner took forever to get cold, and the beds were not comfortable at all. When I checked in There were people doing a drug deal on the first floor of the building. It was a horrible experience over all"[114]

- A 2017 Yelp review states, "I helped a friend book thos room She was so disappointed in the customer service she received. She saod she felt like the place was use to seeing prostitutes. Because they followed her around place as if sje was a call girl"[115]

- A 2017 Yelp review states, "Pros:-It's close to the 5 and walking distance to a few restaurants.-It's pet friendly with no additional fee.-It's relatively cheap.-There's a bay/ocean view.-Good cable.Cons:-Everything else.But seriously, this place is sketchy as can be. Drugs, fights, homeless, prostitute-looking types hanging around the parking lot. I felt unsafe! It's incredibly noisy. It's right next to the trolley line, and you hear the "ding ding ding" of the trolley all night long. People are outside yelling at all hours. Our key randomly stopped working. There's no hair dryer, iron, lotion, free wifi. If you want any of this, you have to go to the lobby and sell your soul. The towels were not even big enough for my 8 yo let alone an adult. Terrible water pressure and shower head was too low (I'm SHORT!). No fridge or microwave. No breakfast. No fitness area. Nothing."[116]

- A 2017 Google review states, "The rooms were actually nice. I was very suprised. The floor could have been mopped and the bar soap sucks. I had someone above me who made noise from sun up to sun down sounded like a moving company. I asked for non smoking but you can smell smoke. I had a nice view of the pool and they have direct tv. 100 steps and your at Mcdonald's and across the street is Emma's pancake house very good. Im pleased with this hotel. FYI at night be aware

[113]https://www.tripadvisor.co.nz/Hotel_Review-g32210-d76505-Reviews-or5-Motel_6_San_Diego_Chula_Vista-Chula_Vista_California.html
[114]https://www.google.com/travel/search?q=Motel&ved=0CAAQ5JsGahcKEwjgv9P_vqGDAxUAAAAAHQAAAAAQCw
[115]https://www.yelp.com/biz/motel-6-san-diego-chula-vista-chula-vista
[116]https://www.yelp.com/biz/motel-6-san-diego-chula-vista-chula-vista

of prostitutes working"[117]

- A 2018 Google review states, "Room was a complete mess, mold on wood in shower, walls were filthy, floor had dips and cracks, towels were not clean, one had what appeared to be a blood stain on it. There were prostitutes in and out all night, my 13 year old"[118]

- A 2018 Google review states, "One of the most ghetto motels I've visited, staff was nice but they need security and room renovations, gangs, drug dealers..homeless and prostitutes were all over the area"[119]

- A 2019 Google review states, "This place is awesome, it has prostitution!!!!!! 12/10 would go again" [120]

- A 2019 Google review states, "Druggies and prostitution"[121]

[117]https://www.google.com/travel/search?q=Motel&ved=0CAAQ5JsGahcKEwjgv9P_vqGDAxUAAAAAHQAAAAAQCw
[118]https://www.google.com/travel/hotels/G6%20Hospitality%20Property,%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20E%20St,%20Chula%20Vista,%20CA%2091910%20google/entity/CgoI2ISU06Gpl5w3EAE/prices?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,4515404,4597339,4723331,4731329,4754388,4757164,47780355,4814050,4821091,4861688,4864715,4874190,4886082,4886480,4893075,4902277,4905351,4906023,4926165,4926489,49313
60,4936396,4937897,4940560,4940607,4941051,47061553&hl=en-
RO&gl=ro&ssta=1&q=G6+Hospitality+Property,+LLC+a/b/a+Motel+6++745+E+St,+Chula+Vista,+CA+91910+google&grf=E
mQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweD
gwZDk0ZGYzOGM5MGQ2NDk6MHgzNzM4NWQ0YTFhNjUwMjU4&rp=ENiElNOhqZecNxDYhJTToamXnDc4AkAASAH
AAQI&ictx=1
[119]https://www.google.com/travel/hotels/G6%20Hospitality%20Property%2C%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20E%20St%2C%20Chula%20Vista%2C%20CA%2091910%20google/entity/CgoI2ISU06Gpl5w3EAE/prices?q=G6%20Hospitality%20Property%2C%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20E%20St%2C%20Chula%20Vista%2C%20CA%2091910%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4754388%2C4757164%2C4778035%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4886082%2C4886480%2C4893075%2C4902277%2C49053551%2C4906023%2C4926165%2C4926489%2C4931360%2C4936396%2C4937897%2C4940560%2C4940607%2C4941051%2C47061553&hl=en-
RO&gl=ro&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweDgwZDk0ZGYzOGM5MGQ2NDk6MHgzNzM4NWQ0YTFhNjUwMjU4&rp=ENiElNOhqZecNxDYhJTToamXnDc4AkAASAHAAQI&ictx=1&utm_campaign=sharing&utm_medium=link&utm_source=htls&ved=0CAAQ5JsGahcKEwiQkcGUpKGDAxUAAAAAHQAAAAAQBA&ts=CAEaSQorEicyJTB4ODBkOTRkZjM4YzkwZDY0OTowOWMz3Mzzg1ZDRhMWE2NTAyNTgaABIaEhQKBwjoDxADGAoSBwjoDxADGAsYATICEAAqCQoFOgNVU0QaAA
[120]https://www.google.com/travel/hotels/G6%20Hospitality%20Property%2C%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20E%20St%2C%20Chula%20Vista%2C%20CA%2091910%20google/entity/CgoI2ISU06Gpl5w3EAE/prices?q=G6%20Hospitality%20Property%2C%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20E%20St%2C%20Chula%20Vista%2C%20CA%2091910%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4754388%2C4757164%2C4778035%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4886082%2C4886480%2C4893075%2C4902277%2C49053551%2C4906023%2C4926165%2C4926489%2C4931360%2C4936396%2C4937897%2C4940560%2C4940607%2C4941051%2C47061553&hl=en-
RO&gl=ro&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweDgwZDk0ZGYzOGM5MGQ2NDk6MHgzNzM4NWQ0YTFhNjUwMjU4&rp=ENiElNOhqZecNxDYhJTToamXnDc4AkAASAHAAQI&ictx=1&utm_campaign=sharing&utm_medium=link&utm_source=htls&ved=0CAAQ5JsGahcKEwi4nurgpKGDAxUAAAAAHQAAAAAQBA&ts=CAEaSQorEicyJTB4ODBkOTRkZjM4YzkwZDY0OTowOWMz1ZDRhMWE2NTAyNTgaABIaEhQKBwjoDxADGAoSBwjoDxADGAsYATICEAAqCQoFOgNVU0QaAA
[121]https://www.google.com/travel/hotels/G6%20Hospitality%20Property%2C%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20E%20St%2C%20Chula%20Vista%2C%20CA%2091910%20google/entity/CgoI2ISU06Gpl5w3EAE/prices?q=G6%20Hospitality%20Property%2C%20LLC%20d%2Fb%2Fa%20Motel%206%20%20745%20

- A 2019 Yelp review states, "Beautiful Rooms and Lovely Caring Staff. Made me feel at home away from home. Very Very Safe establishment. Parking Lot is Huge and filled with cars from all over the country. I look forward to staying here again. No drug dealers. No Pimps. No prostitutes. Just a friendly family atmosphere and I got a very good night sleep with quiet conscious neighbors.A Giant Yelp with 2 thumbs up.Working Elevators for those that want to stay on the top floors on super budget prices."[122]

- A 2020 Booking.com review states, "Positive: The Staff is Nice|Negative: Lots of Junkies and Hookers, they tend to become Much More Dramatic At Night" [123]

- A 2020 Kayak review states, "The Staff is Nice Lots of Junkies and Hookers, they tend to become Much More Dramatic At Night" [124]

- A 2021 Booking.com review states, "Positive: Nothing|Negative: Everything. Place is dirty. Prostitution visible. Dirty. No one came by once to clean the room or replace towels, toilet paper, etc..." [125]

64.    Traffickers, including Jane Doe (YA)'s trafficker, repeatedly chose to use the subject Motel 6s for their sex trafficking activity. As such, Defendants also knew or should have known about the pervasive sex trafficking at the subject Motel 6s based on obvious indicators of this activity.

65.    Upon information and belief and based on hotel reviews there were multiple trafficking victims exploited at the subject Motel 6s prior to Jane Doe (YA)'s trafficking who exhibited "red flags" of trafficking that were observed by hotel staff and management including

---

E%20St%2C%20Chula%20Vista%2C%20CA%2091910%20google&g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517%2C4306835%2C4429192%2C4515404%2C4597339%2C4723331%2C4731329%2C4754388%2C4757164%2C4778035%2C4814050%2C4821091%2C4861688%2C4864715%2C4874190%2C4886082%2C4886480%2C4893075%2C4902277%2C4905351%2C4906023%2C4926165%2C4926489%2C4931360%2C4936396%2C4937897%2C4940560%2C4940607%2C4941051%2C47061553&hl=en-RO&gl=ro&ssta=1&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAwSBwjnDxACGA0gADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweDgwZDk0ZGYzOGM5MGQ2NDk6MHgzNzM4NWQ0OYTFhNjUwMjU4&rp=ENiElNOhqZecNxDYhJTToamXnDc4AkAASAHAAQI&ictx=1&utm_campaign=sharing&utm_medium=link&utm_source=htls&ved=0CAAQ5JsGahcKEwjA06aDpaGDAxUAAAAAHQAAAAAQBA&ts=CAEaSQorEicyJTB4ODBkOTRkZjM4YzkwZDY0OTToweDM3Mzg1ZDRhMWE2NTAyNTgaABIaEhQKBwjoDxADGAoSBwjoDxADGAsYATICEAAqCQoFOgNVU0QaAA

[122]https://www.yelp.com/biz/motel-6-san-diego-chula-vista-chula-vista
[123]https://www.booking.com/hotel/us/motel-6-chula-vista.nl.html
[124]https://www.kayak.com/Chula-Vista-Hotels-Motel-6-San-Diego-Chula-Vista.113101.ksp
[125]https://www.booking.com/hotel/us/motel-6-chula-vista.nl.html

paying with cash or prepaid cards, having high volumes of men who not registered guests in and out of their room at unusual times, arriving with few possessions for extended stays, and other signs consistent with the "red flags" of trafficking identified above. Trafficking has a significant effect on its victims, and, upon information and belief, there were obvious "red flags" of trafficking apparent from the appearance, demeanor, and restricted movements of these victims, as well as the nature of these victims' interactions with their traffickers and others, all of which provided notice that these victims were being subjected to violence, coercion, control, and exploitation.

66.     All knowledge from the staff at the Motel 6s is imputed to G6.  G6 knew about this widespread and ongoing trafficking at the Motel 6s, including trafficking of Jane Doe (YA), through the direct observations of the hotel staff, including management-level staff.

67.     Upon information and belief, all Defendants knew or should have known about the widespread trafficking at the subject Motel 6s, based on:

   a.  The obligation of hotel staff and hotel management to report suspected criminal activity including sex trafficking to the G6 Defendants and the Franchisee;

   b.  The Defendants' regular monitoring of online reviews;

   c.  The Defendants' collection and monitoring of customer surveys and complaints;

   d.  The Defendants' regular inspections of the hotel property;

   e.  Information provided to Defendants by law enforcement; and

   f.  Other sources of information available to Defendants.

68.     Upon information and belief, under the G6 Defendants' protocols, which on their face required the Franchisee and hotel staff and management to report suspected criminal activity to the G6 Defendants, the Franchisee and hotel staff and management were required to report numerous instances of suspected sex trafficking prior to Jane Doe (YA)'s trafficking based on the numerous "red flags" exhibited by the victims who were exploited at the subject Motel 6s.

**c. Defendants knew Jane Doe (YA) was being trafficked at the subject Motel 6s because of the apparent and obvious "red flags" of sex trafficking.**

69.    During the period that Jane Doe (YA) was trafficked at the subject Motel 6s, there were obvious signs that her trafficker was engaged in sex trafficking.  For example, at the Motel 6 at 2424 Hotel Circle North, San Diego, CA 92108:

a. At check in, Jane Doe (YA) would display visible signs of fear, anxiety, and nervousness. She would avoid eye contact or any type of interaction with hotel staff.

b. Jane Doe (YA) would show signs of malnourishment, visibly untreated injuries, and an obvious lack of personal hygienic practice.

c. The rooms Jane Doe (YA) was trafficked in would be paid for with cash or prepaid cards.

d. Jane Doe (YA) would refuse cleaning services and would not let housekeeping enter the room.

e. Jane Doe (YA) would request extra towels and linens from hotel staff.

f. The "Do Not Disturb" sign would be hung up frequently outside of Jane Doe (YA)'s room.

g. There was a heavy flow of traffic coming to and from Jane Doe (YA)'s room during her stay. These visitors would come at all hours of the day and night.

h. Jane Doe (YA) would not leave the room during her stay.

i. After check out, the room Jane Doe (YA) was trafficked in would have alcohol bottles and drug paraphernalia in the trash can.

j. After Jane Doe (YA) would check out, housekeeping staff would have noticed the presence of sexual paraphernalia like condoms and lubricant.

k. Jane Doe (YA) 's trafficker would park his car backwards, outside of the room so he could keep watch of the room while also concealing his license plate.

l. Jane Doe (YA) would rent a room for less than a day or for short term stays that did not appear normal to hotel staff.

m. Other obvious signs of trafficking consistent with the modus operandi of her trafficker and which included well known "red flags" for trafficking in a hotel.

At the Motel 6 at 901 N Coast Hwy, Oceanside, CA 92054:

    a.   At check in, Jane Doe (YA) would display visible signs of fear, anxiety, and nervousness. She would avoid eye contact or any type of interaction with hotel staff.

    b.   Jane Doe (YA) would show signs of malnourishment, visibly untreated injuries, and an obvious lack of personal hygienic practice.

    c.   The rooms Jane Doe (YA) was trafficked in would be paid for with cash or prepaid cards.

    d.   Jane Doe (YA) would refuse cleaning services and would not let housekeeping enter the room.

    e.   Jane Doe (YA) would request extra towels and linens from hotel staff.

    f.   The "Do Not Disturb" sign would be hung up frequently outside of Jane Doe (YA)'s room.

    g.   There was a heavy flow of traffic coming to and from Jane Doe (YA)'s room during her stay. These visitors would come at all hours of the day and night.

    h.   Jane Doe (YA) would not leave the room during her stay.

    i.   After check out, the room Jane Doe (YA) was trafficked in would have alcohol bottles and drug paraphernalia in the trash can.

    j.   After Jane Doe (YA) would check out, housekeeping staff would have noticed the presence of sexual paraphernalia like condoms and lubricant.

    k.   Jane Doe (YA)'s trafficker would park his car backwards, outside of the room so he could keep watch of the room while also concealing his license plate.

    l.   Jane Doe (YA) would rent a room for less than a day or for short term stays that did not appear normal to hotel staff.

    m.   Other obvious signs of trafficking consistent with the modus operandi of her trafficker and which included well known "red flags" for trafficking in a hotel.

And at the Motel 6 at 745 E Street, Chula Vista, CA 91910:

    a.   Jane Doe (YA) would not have any personal identification on her when at the subject properties.

    b.   Jane Doe (YA).

    c.   At check in, Jane Doe (YA) would display visible signs of fear, anxiety, and nervousness. She would avoid eye contact or any type of interaction with hotel staff.

    d.   Jane Doe (YA) would show signs of malnourishment, visibly untreated injuries, and an obvious lack of personal hygienic practice.

    e.   The rooms Jane Doe (YA) was trafficked in would be paid for with cash or prepaid cards.

    f.   Jane Doe (YA) would refuse cleaning services and would not let housekeeping enter the room.

    g.   Jane Doe (YA) would request extra towels and linens from hotel staff.

    h.   The "Do Not Disturb" sign would be hung up frequently outside of Jane Doe (YA)'s room.

    i.   Jane Doe (YA) would rent a room for less than a day or for short term stays that did not appear normal to hotel staff.

    j.   Jane Doe (YA) would have a heavy flow of traffic coming to and from her room at all hours of the day and night.

    k.   Jane Doe (YA) would walk around the subject properties dressed provocatively.

    l.   After Jane Doe (YA) would check out, housekeeping staff would have noticed the presence of sexual paraphernalia like condoms and lubricant.

    m.   Other obvious signs of trafficking consistent with the modus operandi of her trafficker and which included well known "red flags" for trafficking in a hotel.

70.    Based upon information and belief, multiple employees at the Motel 6s, including management-level employees, observed, or were made aware of these obvious signs of trafficking while acting within the scope and course of their employment.

71.    As such, Defendants knew or were willfully blind to the fact that Jane Doe (YA) was being trafficked at the subject Motel 6 properties.

72.    Given these obvious signs, G6 knew or should have known about the trafficking of Jane Doe (YA) based on its policy or protocol that required hotel staff to report suspected criminal activity including sex trafficking.

73.     Defendants also knew or should have known about Jane Doe (YA)'s trafficking based on the other methods, listed above, that they used to monitor and supervise the subject Motel 6s.

**IV.    Defendants actively facilitated sex trafficking at the subject Motel 6s, including the trafficking of Jane Doe (YA)**

74.     Defendants had both actual and constructive knowledge of the trafficking of Jane Doe (YA) at the subject Motel 6s because the trafficking was the direct result of Defendants facilitating her trafficking at the subject Motel 6 properties.

**a.    The Franchisee Defendant facilitated the trafficking of Jane Doe (YA) at the Motel 6s.**

75.     The Franchisee Defendant is responsible for the acts, omissions, and knowledge of all employees of the Motel 6s when operating the hotels because these acts and omissions were committed in the scope and course of employment, because the Franchisee Defendant ratified these acts and omissions, and because Franchisee Defendant failed to exercise reasonable care with regard to the hiring, training, and supervision of these employees given the specific risks, known to the Franchisee Defendant, of sex trafficking occurring at Motel 6 branded locations including the subject locations.

76.     Despite having actual or constructive knowledge of widespread and ongoing sex trafficking at the subject Motel 6s, the Franchisee Defendant continued renting rooms to these traffickers, including the rooms used to sexually exploit victims, including Jane Doe (YA).

77.     The Franchisee Defendant knew or was willfully blind to the fact that Jane Doe (YA) was being trafficked and, despite this, benefited from continued association with her traffickers by providing them a venue in the form of hotel rooms and related services, to facilitate Jane Doe (YA)'s sexual exploitation.

78. The Franchisee Defendant also facilitated widespread trafficking at the subject Motel 6s, including the trafficking of Jane Doe (YA), in ways including:

    a. allowing inappropriate and inadequate practices for hiring, training, supervising, managing, and disciplining front-line staff regarding issues related to human trafficking;

    b. inadequate and inadequately enforced sex trafficking notice and training for hotel staff;

    c. choosing not to report known or suspected criminal activity including sex trafficking according to reasonable practices, industry standards, and/or applicable franchisor policies and procedures;

    d. implicitly encouraging the activities of traffickers by creating an environment where they did not need to incur the burden of taking significant steps to conceal their activities but, instead, could operate without concern for detection or interference by the hotel staff.

**b. G6 Defendants facilitated the trafficking of Jane Doe (YA) at the Motel 6s.**

79. G6 Defendants are responsible for the acts, omissions, and knowledge of its Franchisee and the Franchisee employees of the Motel 6s because G6 Defendants failed to exercise reasonable care with regard to assuring that the Franchisee's hiring, training, and supervision of these employees, given the specific risks known to G6 Defendants of sex trafficking occurring at Motel 6 branded locations, was designed to prevent trafficking at the subject locations.

80. G6 Defendants also facilitated widespread trafficking at the Motel 6s, including the trafficking of Jane Doe (YA), in ways including:

    a. allowing inappropriate and inadequate practices for hiring, training, supervising, managing, and disciplining front-line staff regarding issues related to human trafficking;

    b. allowing inadequate and inadequately enforced sex trafficking notice and training for hotel staff;

    c. implicitly encouraging the activities of traffickers by creating an environment where they did not need to incur the burden of taking significant steps to conceal their activities but, instead, could operate without concern for detection or

interference by the hotel staff.

**c. G6 Defendants facilitated the trafficking of Jane Doe (YA) at the subject Motel 6 locations.**

81.    Upon information and belief, the G6 Defendants participated directly in aspects of

the operation of the subject Motel 6s that influenced whether and to what extent trafficking

occurred at the hotel, including but not limited to the trafficking of Jane Doe (YA), as follows:

a. The G6 Defendants have publicly assumed responsibility and control over the human trafficking response of all Motel 6 properties, including design and implementation of practices to prevent trafficking, safety and security procedures, employee and franchisee education, training, and response, partnership with external organizations, and advocacy.

b. The G6 Defendants retained control over when its branded hotels would share information with law enforcement and when law enforcement would be contacted about suspected criminal activity in G6 branded hotels.

c. The G6 Defendants retained control over the response to trafficking by creating a reporting hotline for hotel staff and franchisees to report suspected human trafficking to the G6 Defendants. The G6 Defendants determined when issues should be escalated to the National Human Trafficking Hotline or law enforcement.

d. The G6 Defendants retained control over determining which hotels needed additional training or other resources based on a high risk of human trafficking and other related criminal activity.

e. The G6 Defendants expressly retained control to terminate hotel staff and/or a franchising agreement based on the response to human trafficking.

f. The G6 Defendants retained control, at the brand-wide level, over training on how to spot the signs of and help prevent human trafficking. The G6 Defendants determined whether the training is provided, when it is provided, the content of the training, how the training is delivered, who receives the training, and the consequences if someone does not participate in the training or fails to follow such training.

g. Although they delayed making any reasonable effort to do so, the G6 Defendants acknowledge that they retain control to adopt requirements for franchised hotels specifically designed to prevent human trafficking and other criminal activity.

h. The G6 Defendants maintain a Safety & Security Team and a Critical Incident Rapid Response Team that are charged with investigating and responding to

potential criminal incidents at all Motel 6 properties, including suspected trafficking incidents.

i.    The G6 Defendants are responsible for adopting, enforcing, and monitoring policies and codes of conduct related to human trafficking at the subject Motel 6s.

j.    The G6 Defendants maintained control over all details of the terms under which franchised hotels, including the subject Motel 6s, offered internet services to customers, including dictating the software, hardware, and service provider to be used, setting all policies about use and restrictions on use, and actively collecting and monitoring guest internet usage data.  The G6 Defendants dictated whether sites frequently used to solicit clients for sex trafficking victims would be assessable through the internet at the subject Motel 6s.

k.    The G6 Defendants controlled the setting, supervision, overseeing, and enforcement of detailed policies and protocol for housekeeping services at the subject Motel 6s, including policies for how often rooms must be entered, how to respond to guest refusals of entry into rooms, and steps to monitor guest safety issues through housekeeping services.

l.    The G6 Defendants collected, maintained, and analyzed detailed data regarding housekeeping services at the subject Motel 6s, including trends that would reveal patterns consistent with human trafficking.

82.    G6 directly participated in and retained day-to-day control over renting rooms at the subject Motel 6s by, among other things:

a.    The G6 Defendants controlled all details of the guest reservation, check-in, and payment processes through management and control over all systems used for those processes and adoption of detailed and specific policies governing the means and methods used for each of these processes.

b.    The G6 Defendants directly made reservations for rooms at the subject Motel 6s and accepted payment for those rooms through a central reservation system that they controlled and operated. The G6 Defendants could reserve rooms and accept payments without requiring franchisee approval or involvement.

c.    The G6 Defendants established and maintained control over a brand-wide "do not rent" system. The G6 Defendants set all policies related to use of this system and dictated the day-to-day details of reservations at the subject Motel 6s through detailed policies that it established regarding use of this "do not rent" system.

d.    The G6 Defendants controlled room rates, required discounts, mandatory fees, and rewards programs.

e.   The G6 Defendants controlled and restricted the ability of franchisees and staff to refuse or cancel a reservation.

f.   The G6 Defendants controlled and oversaw policies and procedures regarding check-in, payment and identity verification procedures.

g.   The G6 Defendants collected, retained, monitored, and analyzed detailed data about every guest who stayed at the subject Motel 6s.

h.   The G6 Defendants established detailed policies and protocol that dictated, step-by-step, everything that would happen from the time a guest arrived at the subject Motel 6s until they entered their guest room. This included operational directives regarding payment methods, identification requirements, the number of guests that could be in each room and whether information needed to be collected for each guest, what questions hotel staff should and should not ask, and other matters related to check-in.

i.   The G6 Defendants required franchisees to use G6's property management system, which was owned, maintained, controlled, and operated by the G6 Defendants, for virtually all aspects of hotel operations regarding room reservations and payment.

83.   Upon information and belief, despite having actual or constructive knowledge of the ongoing sex trafficking at the subject Motel 6s, the G6 Defendants continued participating in a venture at that hotel, with its franchisees and the hotel staff, in a way that it knew or should have known would lead to additional sex trafficking at the hotel, including but not limited to by the following:

a.   The G6 Defendants adopted inappropriate and inadequate practices for selecting, training, supervising, managing, and disciplining franchisees and hotel staff regarding issues related to human trafficking.

b.   The G6 Defendants provided inadequate training on issues related to human trafficking and unreasonably delayed providing training.

c.   The G6 Defendants adopted a safety and security budget and safety and security practices that were clearly insufficient considering the known problem of sex trafficking at the subject Motel 6 properties.

d.   The G6 Defendants implicitly approved decisions by franchisees and hotel staff not to report or respond to criminal activity including sex trafficking appropriately.

e.   The G6 Defendants continued to use policies, protocols, and practices that had been

shown to lead to widespread trafficking at the subject Motel 6s.

    f.    The G6 Defendants attracted traffickers by affirmatively creating a favorable venue where access was easy, risks of interference were low, and traceability was minimal.

    g.    Despite having specific knowledge of policies that would significantly reduce sex trafficking at its branded locations including the subject Motel 6s, the G6 Defendants declined to implement policies that would likely have the effect of reducing its sex-trafficking related profits or that would require publicly acknowledging the ongoing problem of sex trafficking at its properties.

    h.    The G6 Defendants willfully delayed taking obvious and apparent steps to stop facilitating sex trafficking, which they had the ability and responsibility to take sooner.

    i.    The G6 Defendants allowed traffickers to reserve rooms using cash, which provided relative anonymity and non-traceability.

    j.    The G6 Defendants provided traffickers with access to internet services in a manner that the G6 Defendants knew or should have known would be used to facilitate trafficking by promoting commercial sex services online.

84.    If G6 had exercised reasonable diligence when operating the Motel 6s and in the areas where it retained control, G6 would have prevented the Motel 6s from being used to facilitate widespread and ongoing sex trafficking, including the trafficking of Jane Doe (YA). Instead, G6 engaged in the course of conduct that affirmatively facilitated widespread and ongoing sex trafficking, including the trafficking of Jane Doe (YA).

**V.    Defendants' ventures at the Motel 6s.**

85.    Through the conduct described above, Defendants knowingly benefited from engaging in a venture with sex traffickers at the Motel 6s, including Jane Doe (YA)'s trafficker, as follows:

    a.    Defendants received benefits, including increased revenue, every time a room was rented at the Motel 6s.

    b.    This venture engaged in violations of 18 U.S.C. §1591 through the actions of the criminal traffickers at the subject Motel 6s, which Defendants knew or should have

known about.

    c.  Defendants associated with traffickers, including Jane Doe (YA)'s trafficker, by acting jointly to continue to rent rooms to these traffickers despite having actual or constructive knowledge of their sex trafficking activity.

    d.  Defendants had a mutually beneficial relationship with the traffickers at the Motel 6s, fueled by sexual exploitation of victims, including Jane Doe (YA).

    e.  Sex traffickers, including Jane Doe (YA)'s trafficker, frequently used the subject Motel 6s for their trafficking because of an implicit understanding that the Motel 6s were a venue that would facilitate their trafficking, providing minimal interference and lowering their risk of detection. This understanding occurred because of the conduct of Defendants facilitating that trafficking as described throughout this complaint. This resulted in benefits, including increased revenue, for Defendants.

    f.  All Defendants participated in this venture through the conduct described throughout this Complaint as they were jointly responsible for relevant aspects of hotel operations.

    g.  Jane Doe (YA)'s trafficking at the subject Motel 6s was a result of Defendants' participation in a venture with criminal traffickers. If Defendants had not continued participating in a venture that they knew or should have known violated 18 U.S.C. §1591(a), they would not have received a benefit from Jane Doe (YA)'s trafficking at the Motel 6s.

86.    Through the conduct described above, each of the Defendants also knowingly benefited from engaging in a commercial venture with other Defendants and with hotel staff as follows:

    a.  Defendants associated with one another and with the hotel staff to operate the subject Motel 6s.

    b.  As detailed above, each Defendant received financial benefits from operating the subject Motel 6s, including revenue generated specifically by renting rooms to traffickers. They engaged in revenue sharing and had a common incentive to maximize revenue.

    c.  By participating in a venture that facilitated sex trafficking, Defendants also benefitted by keeping operating costs low, maintaining the loyalty of the segment of their customer base that seeks to participate in the sex trade and by not acknowledging the pervasive nature of sex trafficking in their hotels generally and the subject Motel 6s specifically.

d.  This venture violated 18 U.S.C. §§ 1591(a) and 1595(a) through the conduct of the Defendants and the widespread sex trafficking at the subject Motel 6s.

e.  Despite its actual or constructive knowledge that the venture was engaged in violations of 18 U.S.C. §§ 1591(a) and 1595(a), each Defendant participated in the venture by continuing to associate with the hotel staff and with other Defendants to operate the subject Motel 6s in a way that the Defendants knew or should have known would lead to further violations of 18 U.S.C. §1591(a), including trafficking of victims like Jane Doe (YA).

f.  Jane Doe (YA)'s trafficking at the subject Motel 6s was a result of hotel staff and Defendants' facilitation of the widespread and ongoing violations of 18 U.S.C. §§ 1591(a) and 1595(a) at the subject Motel 6s. Had Defendants not continued participating in a venture that it knew or should have known was engaged in violations of 18 U.S.C. §§ 1591(a) and 1595(a), they would not have received a benefit from Jane Doe (YA)'s trafficking at the subject Motel 6s.

## VI.  Franchisee Defendants and the Staff at the Motel 6s Acted as Actual Agents of G6.

87.  G6 is vicariously liable for the acts, omissions, and knowledge of the Franchisee Defendant and staff at the Motel 6s, which are G6's actual agents or subagents.

88.  The G6 Defendants subjected the Franchisee Defendant to detailed standards and requirements regarding the operation of the Motel 6s through the franchising agreement, through detailed written policies and manuals, and through other formal and informal protocols, directives, mandates, and expectations imposed by the G6 Defendants.

89.  The G6 Defendants obscure the full extent of control they exercise over the franchisees by treating the manuals and certain policies as confidential and proprietary and prohibiting any public disclosure of those policies and manuals. Upon information and belief, the standards that the G6 Defendants imposed on the franchisee:

a.  did not merely identify quality or outcome standards but instead specifically controlled the means, methods, and tools the Franchisee Defendant used at the Motel 6s;

b.  covered virtually all aspects of hotel operations, including internal operating functions;

    c.  dictated the specific manner in which Franchisee Defendants and hotel staff must carry out most day-to-day functions at the subject Motel 6s; and

    d.  significantly exceeded what was necessary for G6 to protect its registered trademarks.

90.    In addition to the ways described above, upon information and belief, G6 exercised and reserved the right to exercise systemic and pervasive control over the Franchisee Defendant's day-to-day operation of the Motel 6s, including the following ways:

    a.  The G6 Defendants required franchisees and management of franchised hotels to participate in mandatory training programs, both during onboarding and on an ongoing basis. This training covered all aspects of hotel operations, including aspects of hotel operations that go significantly beyond what would be necessary for the G6 Defendants to protect their registered trademarks.

    b.  The G6 Defendants provided training for hotel management and select hotel staff on-site at the Motel 6s and at locations selected by the G6 Defendants.

    c.  The G6 Defendants required all hotel staff to participate in training it created through an online learning platform it controlled and maintained.

    d.  The G6 Defendants controlled training provided by franchisees to hotel staff by dictating the content of that training, providing required content for that training, and dictating the training methods used.

    e.  The G6 Defendants retained sole discretion to determine whether all training had been completed satisfactorily.

    f.  For certain products and services that franchisees were required to purchase to operate the Motel 6s, the G6 Defendants designated approved vendors and prohibited franchisees from purchasing goods and services from anyone other than an approved vendor.

    g.  The G6 Defendants required franchisees to sign a technology agreement governing the terms under which franchisees must procure and use technical services and software while operating the Motel 6s. Franchisees were required to install, and use certain brands, types, makes, and/or models of hardware, software, peripheral equipment, and support services to perform internal operating functions at the hotel.

    h.  The G6 Defendants set required staffing levels for the Motel 6s.

    i.  The G6 Defendants established detailed job descriptions for all positions in its

Motel 6 properties and drafted numerous, detailed policies that referenced these positions and dictated which positions must perform which tasks and how they must do so.

j.   The G6 Defendants set requirements for the hiring process used by franchisees and oversaw employee discipline processes and termination decisions.

k.   The G6 Defendants provided benefits for employees of franchised hotels.

l.   The G6 Defendants required the Defendant Franchisee to use a customer resource management program maintained and operated by the G6 Defendants.

m.   The G6 Defendants controlled channels for guests to report complaints or provide feedback regarding the Motel 6s and directly participated in the response and/or supervised the response to customer complaints or other feedback. The G6 Defendants retained the right to provide refunds or other compensation to guests and to require the Defendant Franchisee to pay associated costs.

n.   The G6 Defendants generated reports and analysis of guest complaints and online reviews for the Motel 6s.

o.   The G6 Defendants required the Defendant Franchisee to use a Guest Relations Application owned, operated, and maintained by the G6 Defendants to manage all guest data and information. The G6 Defendants could use the backend of this system to analyze data and generate reports.

p.   The G6 Defendants set detailed requirements for insurance that franchisees must purchase and retained the right to purchase insurance for franchisees and to bill franchisees directly for that insurance if the G6 Defendants determined that the franchisees has not purchased adequate insurance.

q.   The G6 Defendants regularly audited the books and records of the Defendant Franchisee.

r.   The G6 Defendants conducted frequent and unscheduled inspections of Motel 6 properties, including the subject Motel 6s.

s.   The G6 Defendants retained the right to issue fines, require additional training, to impose and supervise implementation of detailed corrective action plans, and to take other steps up to and including termination of the franchising agreement if franchisees violated any of the G6 Defendants' detailed rules, expectations, protocols, or policies, including those that governed day-to-day operations of the Motel 6s.

t.   The G6 Defendants controlled all marketing for the Motel 6s and prohibited franchisees from maintaining any online presence unless specifically reviewed and

51

approved by the G6 Defendants.

u.   The G6 Defendants imposed detailed recordkeeping and reporting requirements on the Franchisee Defendant regarding virtually all aspects of hotel operations.

v.   The G6 Defendants supervised and controlled day-to-day operations of the Motel 6s through detailed information and extensive reports that it obtained through the property management system and other software systems it required the Franchisee Defendant to use.

w.   The G6 Defendants retained the virtually unlimited right to revise policies or adopt new requirements for the day-to-day aspects of hotel operations.

## VII.   G6 Defendants are jointly responsible for the trafficking of Jane Doe (YA).

88.   All the G6 Defendants and the Franchisee Defendant were participants in a joint venture, which involved a common enterprise, profit-sharing, a community of interests, and joint rights of control and management, and are vicariously liable for the violations of the other participants in the joint venture.

89.   Upon information and belief, operation of the subject Motel 6s was part of a single unified operation by G6 Defendants and the Franchisee Defendant. Upon information and belief, all G6 Defendants shared a common parent company, were subject to joint control, and operated as an integrated enterprise and/or as alter-egos. Upon information and belief, G6 Defendants acted jointly to operate, control, and manage the subject Motel 6s.  As an integrated enterprise and/or joint venture, Defendants were separately and jointly responsible for compliance with all applicable laws.

## VIII.   Defendants are Jointly and Severally Liable for Jane Doe (YA)'s Damages.

90.   The venture or ventures in which each Defendant participated were direct, producing, and proximate causes of the injuries and damages to Jane Doe (YA).

91.   Under the TVPRA, Defendants are jointly and severally liable for all damages that a jury awards to Jane Doe (YA) for past and future losses she suffered as a proximate result of her

sexual exploitation and trafficking.

## CAUSES OF ACTION—SEX TRAFFICKING UNDER THE TVPRA

92.    Jane Doe (YA) incorporates all other allegations.

**I.    Cause of Action: Perpetrator liability under 18 U.S.C §1595(a) based on violation of 18 U.S.C §1591(a) (all Defendants)**

93.    Jane Doe (YA) is a victim of sex trafficking within the meaning of § 1591 and 1595(a) and is thus entitled to bring a civil action under 18 U.S.C §1595(a) against the "perpetrator" for any violation of the TVPRA.

94.    Defendants are perpetrators within the meaning of 18 U.S.C §1595(a) because they:

   a.   violated 18 U.S.C §1591(a)(1) when, through the acts and omissions described throughout this Complaint, they harbored individuals (including Jane Doe (YA)) knowing or in reckless disregard of the fact that the victims would be caused, through force, coercion, or fraud, to engage in commercial sex acts while at their respective hotel properties.

   b.   violated 18 U.S.C §1591(a)(2) when, through the acts and omissions described throughout this Complaint, they knowingly received financial benefit by knowingly assisting, supporting, or facilitating a venture that was engaged in violations under 18 U.S.C §1591(a)(1) at their respective hotel properties.

95.    Violations of 18 U.S.C §1595(a) by each of the Defendants as "perpetrators" operated, jointly, with other unlawful acts and omissions alleged in this Complaint, to cause Jane Doe (YA) to suffer substantial physical and psychological injuries and other damages because of being trafficked and sexually exploited at the Defendants' hotel properties.

**II.    Cause of Action: Beneficiary Liability under §1595 (a) of the TVPRA (all Defendants).**

96.    Jane Doe (YA) is a victim of sex trafficking within the meaning of 18 U.S.C §§ 1591 and 1595(a) and is thus entitled to bring a civil action under the "beneficiary" theory in 18 U.S.C §1595(a) against anyone who knowingly benefited from participation in a venture that the person knew or should have, with reasonable diligence, known was engaged in a violation of the

TVPRA.

97.     Through acts and omissions described throughout this Complaint, Defendants received a financial benefit from participating in a venture with traffickers, including Jane Doe (YA)'s trafficker, despite the fact that each defendant knew or should have known that these traffickers, including Jane Doe (YA)'s trafficker, were engaged in violations of 18 U.S.C §1591(a)(1) and 18 U.S.C §1591(a)(2). Thus, Defendants are liable as a beneficiary under 18 U.S.C §1595(a).

98.     Violations of 18 U.S.C §1595(a) by Defendants as "beneficiaries" operated, jointly, with other unlawful acts and omissions alleged in this Complaint, to cause Jane Doe (YA) to suffer substantial physical and psychological injuries and other damages because of being trafficked and sexually exploited at the Defendants' hotel properties.

**III.     Cause of Action: Vicarious Liability for TVPRA Violations (G6 Defendants).**

99.     Under the TVPRA and the federal common law, each member of a joint venture is vicariously liable for the acts and omissions of all other members of that joint venture.

100.    Under the TVPRA and the federal common law, an entity is vicariously liable for the acts and omissions of its alter-egos.

101.    Franchisee Defendants acted as the actual agents of G6 Defendants when operating its respective hotel property.

102.    Through the acts and omissions described throughout this Complaint, G6 Defendants exercised or retained the right to exercise systematic and day-to-day control over the means and methods used by its franchisee to operate its respective hotel property.

103.    G6 Defendants are vicariously liable for the TVPRA violations of its franchisee and the subagents of that franchisees.

104.    Additionally, on information and belief, each of the G6 Defendants participated in a joint venture operating the Motel 6s. They had highly integrated operations at the hotel, shared revenue and profits generated from the hotel, and exercised mutual control over the venture at the hotel. They functioned as a single integrated entity and/or as alter-egos of one another.

## DISCOVERY RULE

105.    To the extent Defendants assert an affirmative defense of limitations, Jane Doe (YA) invokes the discovery rule. At the time she was harmed and through at least 2013, Jane Doe (YA) was under coercion and control of trafficker who abused and manipulated her. Thus, Jane Doe (YA) did not discover and could not reasonably have discovered the legal cause of her injury. While she was under the control of her trafficker, Jane Doe (YA) —through no fault of her own— lacked the information to bring a claim because she did not know both her injury and the cause of her injury. This lack of information was a direct result of (YA) being kept under the control of her trafficker, which Defendants facilitated.

106.    At the time Jane Doe (YA) was harmed, she did not know that she was the victim of human trafficking as that term is defined by law, that her injury arose from being trafficked at Defendants' hotel or that she was a person trafficked, much less that she was being victimized by a human trafficking venture, and she did not discover and was not in a position to discover the legal cause of her injury.

107.    To the extent Defendants assert an affirmative defense of limitations, Jane Doe (YA) invokes the doctrine of equitable tolling because, as a result of being a victim of trafficking, Jane Doe (YA) faced extraordinary circumstances, which arose through no fault of her own, that prevented her from filing a lawsuit, and those circumstances did not end more than 10 years before Jane Doe (YA) filed this lawsuit.

108.    As a result of her continuous trafficking at the subject Motel 6s through at least 2013, Jane Doe (YA) was beaten, drugged, sexually assaulted, and mentally abused. She lacked the mental capacity to recognize the extent and scope of her injuries or those responsible, particularly those who financially benefited from her trafficking but may not have been seen to be directly involved.

109.    Jane Doe (YA) was under the continuous control of her trafficker through at least 2013. As a result, she did not have the freedom to investigate her claims, to identify those responsible or to seek legal representation necessary to pursue her legal rights.

110.    To the extent Defendants assert an affirmative defense of limitations, Jane Doe (YA) also invokes the continuing tort doctrine because this lawsuit arises out of a pattern of continuous and ongoing tortious conduct.

111.    Jane Doe (YA) was subject to continuous trafficking at the subject Motel 6s through at least 2013, which is not more than 10 years before Jane Doe (YA) filed this lawsuit.

112.    This continuous trafficking resulted from Defendants' continuous facilitating of trafficking at the subject Motel 6s and Defendants' ongoing venture with one another and with criminal trafficker.

## DAMAGES

113.    Defendants' acts and omissions, individually and collectively, caused Jane Doe (YA) to sustain legal damages.

114.    Defendants are joint and severally liable for all past and future damages sustained by Jane Doe (YA).

115.    Jane Doe (YA) is entitled to be compensated for personal injuries and economic damages, including:

    a.   Actual damages (until trial and in the future)

    b.   Incidental and consequential damages (until trial and in the future);

    c.   Mental anguish and emotional distress damages (until trial and in the future);

    d.   Lost earnings and lost earning capacity (until trial and in the future);

    e.   Necessary medical expenses (until trial and in the future);

    f.   Life care expenses (until trial and in the future);

    g.   Physical pain and suffering (until trial and in the future);

    h.   Physical impairment (until trial and in the future);

    i.   Exemplary/Punitive damages;

    j.   Attorneys' fees; and

    k.   Costs of this action.

    l.   Pre-judgment and all other interest recoverable.

## **JURY TRIAL**

116.    Jane Doe (YA) demands a jury trial on all issues.

## **RELIEF SOUGHT**

117.    WHEREFORE, Jane Doe (YA) prays that this case be set for trial before a jury and that, upon a final hearing of the cause, judgment be entered for Jane Doe (YA) against all Defendants jointly and severally for the actual, compensatory, and punitive damages as the evidence may show, and the jury may determine to be proper, together with the costs of suit, prejudgment interest, post-judgment interest, and such other and further relief to which Jane Doe (YA) may, in law or in equity, show herself to be justly entitled.

Respectfully submitted,



By:   /s/ Kenneth T. Fibich
     Kenneth T. Fibich
     Texas Bar No. 06952600
     tfibich@fibichlaw.com
     Sara J. Fendia
     Texas Bar No. 06898800
     sfendia@fibichlaw.com
     1150 Bissonnet Street
     Houston, Texas 77005
     713-751-0025 (Telephone)
     713-751-0030 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**