IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JANE DOE (Y.A.), an individual § § *Plaintiff,* § § VS. § § G6 HOSPITALITY, LLC; § G6 HOSPITALITY IP, LLC; § G6 HOSPITALITY PROPERTY, LLC; § G6 HOSPITALITY PURCHASING, LLC; § G6 HOSPITALITY FRANCHISING, LLC; § MOTEL 6 OPERATING, L.P.; AND § JOHN DOE 1 AND JOHN DOE II § § *Defendants.* § | CIVIL ACTION NO. 1:23-CV-00469 JUDGE MICHAEL J. TRUNCALE |

**ACKNOWLEDGEMENT OF STIPULATION OF VOLUNTARY DISMISSAL**

The Court has received the Parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Dkt. 36] filed in the above-styled matter. Plaintiff voluntarily dismisses with prejudice her claims against Defendants herein.

Accordingly, the Court acknowledges that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of March, 2025.**

Michael J. Truncale
United States District Judge